# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; NORTHERN ALASKA ENVIRONMENTAL CENTER; RESISTING ENVIRONMENTAL DESTRUCTION ON INDIGENOUS LANDS; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; and THE WILDERNESS SOCIETY;<br><br>*Plaintiff*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; RYAN ZINKE, in his official capacity as Secretary of the Interior; and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:17-cv-00101-SLG<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bryan Schroder, Acting U.S. Attorney for the District of Alaska
222 West 7th Avenue, Room 253 #9
Anchorage, AK 99513

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Erik Grafe | Eric P. Jorgensen | Nathaniel S.W. Lawrence | Nancy S. Marks |
|---|---|---|---|
| EARTHJUSTICE | EARTHJUSTICE | NATURAL RESOURCES | NATURAL RESOURCES |
| 441 W 5th Ave., Ste. 301 | 325 Fourth Street | DEFENSE COUNCIL | DEFENSE COUNCIL |
| Anchorage, AK 99501 | Juneau, AK 99801 | 3723 Holiday Dr., SE | 40 West 20th St., 11th Fl. |
| | | Olympia, WA 98501 | New York, NY 10011 |

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: