UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

|  | Case No. |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, _____, hereby apply for permission to appear and
    (name)

participate as counsel for _____, _____,
                      (Name of party)              (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City/State/Zip)

_____
(Telephone Number)

_____
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Nathaniel S.W. Lawrence

Business Address: NRDC, 3723 Holiday Drive SE , Olympia, WA 98501
(Mailing/Street) (City, State, ZIP)

Residence: 3723 Holiday Drive SE , Olympia, WA 98501
(Mailing/Street) (City, State, ZIP)

Business Telephone: 360-534-9900   e-mail address: nlawrence@nrdc.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

See attached list

| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 3, 2017

_____
(Signature of Applicant)

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 30847 |
| OF | ) ) | **CERTIFICATE** |
| NATHANIEL S. W. LAWRENCE | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**NATHANIEL S. W. LAWRENCE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 1, 2000, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 1st day of May, 2017.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court

I have been admitted to the bars of the following courts in the year indicated, and have been at all times a member in good standing thereafter, though now retired in Massachusetts:

| | | | |
|---|---|---|---|
| Supreme Judicial Court<br>    of Massachusetts<br>One Pemberton Square, Suite 2500<br>Boston, MA 02108 | 1986 | U.S. Supreme Court<br>One First Street, N.E.<br>Washington, DC 20543 | 1990 |
| U.S. District Court<br>    for the District of Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 | 1987 | U.S. Court of Appeals<br>    for the Seventh Circuit<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 1994 |
| Supreme Court of California<br>350 McAllister Street<br>San Francisco, CA 94103 | 1989 | Supreme Court of Washington<br>Post Office Box 40929<br>Olympia, WA 98504 | 2000 |
| U.S. Court of Appeals<br>    for the Ninth Circuit<br>95 Seventh Street<br>San Francisco, CA 94103 | 1989 | U.S. Court of Appeals<br>    for the District of Columbia Circuit<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | 2002 |
| U.S. District Court<br>    for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 1989 | U.S. District Court<br>    for the Central District of California<br>255 East Temple Street<br>Los Angeles, CA 90012 | 2007 |
| U.S. District Court<br>    for the Eastern District of California<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | 1989 | U.S. District Court<br>    for the Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | 2010 |
| U.S. District Court<br>    for the District of Colorado<br>901 19th Street<br>Denver, CO 80294 | 2016 | | |

*s/*
Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorney for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Center for Biological Diversity; Defenders of Wildlife; Greenpeace, Inc.; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; and The Wilderness Society*

ATTACHMENT
*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, a copy of foregoing MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA is being served this day by U.S. Mail on the following:

Donald J. Trump, President
1600 Pennsylvania Avenue NW
Washington, DC 20500

Ryan Zinke, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

/s/
Nathaniel S.W. Lawrence

ATTACHMENT
*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG