# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS ET AL., <br><br> Plaintiff(s), <br> vs. <br> DONALD J. TRUMP ET AL., <br><br> Defendant(s). | Case No. 3:17-cv-00101-SLG <br><br> MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Nancy S. Marks                              , hereby apply for permission to appear and
   (name)

participate as counsel for League of Conservation Voters et al.          , Plaintiffs       ,
                              (Name of party)                            (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒   I am a registered participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

☐   I have concurrently herewith submitted an application to the Clerk of the Court for

    registration as a participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

☐   For the reasons set forth in the attached memorandum.

## OR

I hereby designate _____, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: May 3, 2017

s/ Nancy S. Marks
(Signature)

Nancy S. Marks
(Printed Name)

NRDC / 40 West 20th Street, 11th Floor
(Address)

New York, NY 10011
(City/State/Zip)

(212) 727-4414
(Telephone Number)

nmarks@nrdc.org
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

(Printed Name)

(Address)

(City, State, Zip)

(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Nancy S. Marks

Business Address: NRDC / 40 West 20th Street, 11th Floor, New York, NY 10011
(Mailing/Street)                      (City, State, ZIP)

Residence: 60 Beverley Road, Montclair, NJ 07043
(Mailing/Street)                      (City, State, ZIP)

Business Telephone: (212) 727-4414     e-mail address: nmarks@nrdc.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

See attached list

| (Jurisdiction) | (Address) | (Year) |
| --- | --- | --- |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 3, 2017

*Nancy S Marks*
(Signature of Applicant)

ATTACHMENT

I have been admitted to the bars of the following courts in the year indicated, and have been at all times a member in good standing thereafter, though now inactive in Massachusetts:

| | | | |
|---|---|---|---|
| U.S. Supreme Court<br>One First Street, N.E.<br>Washington, DC 20543 | 2012 | U.S. Court of Appeals<br>for the First Circuit<br>1 Courthouse Way<br>Boston, MA 02210 | 2002 |
| U.S. Court of Appeals<br>for the Second Circuit<br>40 Foley Square<br>New York, NY 10007 | 2010 | U.S. Court of Appeals<br>for the Third Circuit<br>601 Market Street<br>Philadelphia, PA 19106 | 1989 |
| U.S. Court of Appeals<br>for the Fourth Circuit<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 | 2016 | U.S. Court of Appeals<br>for the Sixth Circuit<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 1994 |
| U.S. Court of Appeals<br>for the Ninth Circuit<br>95 Seventh Street<br>San Francisco, CA 94103 | 2012 | U.S. Court of Appeals<br>for the District of Columbia Circuit<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | 2002 |
| U.S. District Court<br>for the District of Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 | 1984 | U.S. District Court<br>for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | 1988 |
| U.S. District Court<br>for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | 2009 | U.S. District Court<br>for the Northern District of New York<br>445 Broadway<br>Albany, NY 12207 | 1995 |
| U.S. District Court<br>for the Eastern District of Wisconsin<br>125 S Jefferson Street<br>Green Bay, WI 54301 | 1988 | U.S. District Court<br>for the Eastern District of Michigan<br>231 W. Lafayette Blvd., Rm 564<br>Detroit, MI 48226 | 2017 |
| Appellate Division<br>of the Supreme Court of the State of New York<br>First Judicial Department<br>41 Madison Avenue, 26th Floor<br>New York, NY 10010 | 1987 | Supreme Judicial Court<br>of the Commonwealth of Massachusetts<br>One Pemberton Square<br>Suite 2500<br>Boston, MA 02108 | 1984 |

*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG

*s/* Nancy S. Marks
———————————————————————
Nancy S. Marks (N.Y. Bar No. 2121820) (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Center for Biological Diversity; Defenders of Wildlife; Greenpeace, Inc.; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; and The Wilderness Society*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## NANCY S. MARKS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 2, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 1, 2017

_____
Clerk of the Court

1216

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, a copy of foregoing MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA is being served this day by U.S. Mail on the following:

Donald J. Trump, President
1600 Pennsylvania Avenue NW
Washington, DC 20500

Ryan Zinke, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

*s/* Nancy S. Marks
Nancy S. Marks

*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG