IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, et al., <br><br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:17-cv-00101-SLG-1 |

**ORDER RE MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY**

Upon consideration of the Motion and Application of Non-Eligible Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska (Docket 5), the Court hereby GRANTS the motion.

IT IS ORDERED that Nathaniel S.W. Lawrence has permission to appear and participate as counsel for the League of Conservation Voters, et al. in this matter.

DATED this 4th day of May, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE