IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, et al.,<br><br>                       Plaintiffs,<br>     v.<br><br>DONALD J. TRUMP, et al.,<br><br>                       Defendants. | Case No. 3:17-cv-00101-SLG-1 |

### ORDER RE MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY

Upon consideration of the Motion and Application of Non-Eligible Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska (Docket 6), the Court hereby GRANTS the motion.

IT IS ORDERED that Nancy S. Marks has permission to appear and participate as counsel for the League of Conservation Voters, et al. in this matter.

DATED this 4th day of May, 2017 at Anchorage, Alaska.

                                                       */s/ Sharon L. Gleason*
                                                     UNITED STATES DISTRICT JUDGE