Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; NORTHERN ALASKA ENVIRONMENTAL CENTER; RESISTING ENVIRONMENTAL DESTRUCTION ON INDIGENOUS LANDS; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; and THE WILDERNESS SOCIETY; <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; RYAN ZINKE, in his official capacity as Secretary of the Interior; and WILBUR ROSS, in his official capacity as Secretary of Commerce; <br><br> *Defendants*. | No. 3:17-cv-00101-SLG |

**NOTICE OF FILING AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Plaintiffs in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG, hereby provide notice of filing the attached Affidavit of Service of Summons and Complaint.

Respectfully submitted this 9th day of June, 2017.

>*s/ Erik Grafe*
>Erik Grafe (Alaska Bar No. 0804010)
>Eric P. Jorgensen (Alaska Bar No. 8904010)
>EARTHJUSTICE
>
>Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
>Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
>NATURAL RESOURCES DEFENSE COUNCIL
>
>*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

NOTICE OF FILING AFFIDAVIT
*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG    1
Case 3:17-cv-00101-SLG    Document 10    Filed 06/09/17    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, a copy of foregoing NOTICE OF FILING AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT, with attachments, was served by U.S. Mail on the following:

Donald J. Trump, President
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Ryan Zinke, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
222 West 7th Avenue, Room 253 #9
Anchorage, AK 99513

      *s/ Erik Grafe*
      Erik Grafe

NOTICE OF FILING AFFIDAVIT
*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG  2
Case 3:17-cv-00101-SLG   Document 10   Filed 06/09/17   Page 3 of 3