Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; NORTHERN ALASKA ENVIRONMENTAL CENTER; RESISTING ENVIRONMENTAL DESTRUCTION ON INDIGENOUS LANDS; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; and THE WILDERNESS SOCIETY;<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; RYAN ZINKE, in his official capacity as Secretary of the Interior; and WILBUR ROSS, in his official capacity as Secretary of Commerce;<br><br>*Defendants*. | No. 3:17-cv-00101-SLG |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I am over 18 years of age, I am not a party to this action, and that on May 3, 2017, I served the summons and complaint in *League of Conservation Voters et al. v. Trump et al.,* Case No. 3:17-cv-00101-SLG, on the below-named defendants in the manner indicated:

| | |
|---|---|
| Donald J. Trump, President<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | 1) Serving the United States and<br>2) Sending President Trump a copy of the summons and complaint by first class mail, certified return receipt. |
| Ryan Zinke, Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending Secretary Zinke a copy of the summons and complaint by first class mail, certified return receipt. |
| Wilbur Ross, Secretary of Commerce<br>U.S. Department of Commerce<br>1401 Constitution Avenue NW<br>Washington, DC 20230 | 1) Serving the United States and<br>2) Sending Secretary Wilbur a copy of the summons and complaint by first class mail, certified return receipt. |

Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii) and 4(i)(1)(B), service on the United States was accomplished on May 3, 2017, by sending copies of the summonses and complaint by first class mail, certified return receipt to the following:

| | |
|---|---|
| Jeff Sessions, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Civil Process Clerk<br>U.S. Attorney, District of Alaska<br>222 West 7th Avenue, Room 253 #9<br>Anchorage, AK 99513 |

Copies of the U.S. Postal Service certified mail receipts and return receipts are attached as proof of service on Secretary Ryan Zinke, Secretary Wilbur Ross, Attorney General Jeff Sessions, and the Civil Process Clerk at U.S. Attorney's Office, Alaska District. *See* Exhibit 1. In lieu of the return receipt, delivery on President Donald Trump was confirmed via U.S. Postal Service Tracking. *See* Exhibit 2.

NOTICE OF FILING AFFIDAVIT
*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG      1

Dated: June 9, 2017.

_____
Sarah Saunders
EARTHJUSTICE
441 W 4th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: ssaunders@earthjustice.org