**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Zinke, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

9590 9403 0682 5196 7348 33

2. Article Number (Transfer from service label)
7015 0920 0002 1702 0224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P mcclan        ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
P mcclan                          MAY 8 - 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

WASHINGTON, DC 20240

| | |
|---|---|
| Postage | $3.35 |
| Certified Fee | $2.75 |
| | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| Total Postage & Fees | $2.03 |
| | $8.13 |

Postmark Here MAY -3 2017
05/03/2017

Sent To: RYAN ZINKE, INTERIOR
Street & Apt. No., or PO Box No.: 1849 C STREET NW
City, State, ZIP+4: WASHINGTON DC 20240

PS Form 3800, July 2014        See Reverse for Instructions

7015 0920 0002 1702 0224

**Exhibit 1, page 1 of 4**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Yu Lee_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Yu Lee_  C. Date of Delivery _5-8-17_ |
| 1. Article Addressed to:<br><br>Wilbur Ross, Secretary of Commerce<br>U.S. Department of Commerce<br>1401 Constitution Avenue NW<br>Washington, DC 20230 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0682 5196 7348 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0920 0002 1702 0231 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20230   OFFICIAL USE

| | |
|---|---|
| Postage | $3.25 |
| Certified Fee | $2.75 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $2.83 |


MAY 03 2017
ANCHORAGE ALASKA
05/03/2017

Sent To _WILBUR ROSS, COMMERCE_
Street & Apt. No., or PO Box No. _1401 CONSTITUTION AVE NW_
City, State, ZIP+4 _WASHINGTON, DC 20230_

PS Form 3800, July 2014   See Reverse for Instructions

7015 0920 0002 1702 0231

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeff Sessions, Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530-0001

   9590 9403 0682 5196 7348 19

2. Article Number (Transfer from service label)

   7015 0920 0002 1702 0200

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

WASHINGTON, DC 20530   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.35 | 0535 |
| Certified Fee | $2.75 | 30 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here MAY -3 2017 05/03/2017 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $2.03 $8.13 | |

Sent To: JEFF SESSIONS, JUSTICE
Street & Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE NW
City, State, ZIP+4 WASHINGTON DC 20530-0001

PS Form 3800, July 2014   See Reverse for Instructions

7015 0920 0002 1702 0200

Exhibit 1, page 3 of 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    U.S. Attorney, District of Alaska
    222 West 7th Avenue, Room 253 #9
    Anchorage, AK 99513

    9590 9403 0682 5196 7348 26

2. Article Number *(Transfer from service label)*

    7015 0920 0002 1702 0217

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)*  Joshua DesJardin
C. Date of Delivery  5/4/17
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ANCHORAGE, AK 99513

Postage $2.75
Certified Fee $0.00
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $8.13

Postmark Here   MAY -3 2017   05/03/2017

Sent To CIVIL PROCESS CLERK, D. ALASKA
Street & Apt. No., or PO Box No. 222 W 7th AVE RM 253 #9
City, State, ZIP+4 ANCHORAGE AK 99501

PS Form 3800, July 2014   See Reverse for Instructions

**Exhibit 1, page 4 of 4**