

# USPS Tracking® Results

FAQs &gt; (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150920000217020255

    ● Delivered

**Updated Delivery Day:** Tuesday, May 9, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

**See tracking for related item:** 9590940306825196734857 (/go/TrackConfirmAction?tLabels=9590940306825196734857)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 9, 2017, 4:10 am** | **Delivered** ▲ | **WASHINGTON, DC 20500** |
| | Your item was delivered at 4:10 am on May 9, 2017 in WASHINGTON, DC 20500. | |
| May 8, 2017, 1:54 pm | Available for Pickup | WASHINGTON, DC 20500 |
| May 8, 2017, 12:38 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| May 5, 2017, 6:56 am | In Transit to Destination | |
| May 4, 2017, 11:54 am | Departed USPS Facility | ANCHORAGE, AK 99530 |
| May 3, 2017, 8:58 pm | Arrived at USPS Origin Facility | ANCHORAGE, AK 99530 |
| May 3, 2017, 5:55 pm | Departed Post Office | ANCHORAGE, AK 99501 |
| May 3, 2017, 3:46 pm | Acceptance | ANCHORAGE, AK 99501 |

See Less ∧

## Available Actions

Text Updates  ⌄

Email Updates  ⌄

Exhibit 2, page 2 of 2

Case 3:17-cv-00101-SLG     Document 10-3     Filed 06/09/17     Page 2 of 2