Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; NORTHERN ALASKA ENVIRONMENTAL CENTER; RESISTING ENVIRONMENTAL DESTRUCTION ON INDIGENOUS LANDS; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; and THE WILDERNESS SOCIETY;<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; RYAN ZINKE, in his official capacity as Secretary of the Interior; and WILBUR ROSS, in his official capacity as Secretary of Commerce;<br><br>*Defendants*. | No. 3:17-cv-00101-SLG |

**NOTICE OF FILING AFFIDAVIT OF SERVICE OF THE MAY 18, 2017 ORDER (DOC. 9)**

Plaintiffs in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG, hereby provide notice of filing the attached Affidavit of Service of the May 18, 2017 Order re Motion to Dismiss (Doc. 9).

Respectfully submitted this 26th day of June, 2017.

>*s/ Erik Grafe*
>Erik Grafe (Alaska Bar No. 0804010)
>Eric P. Jorgensen (Alaska Bar No. 8904010)
>EARTHJUSTICE
>
>Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
>Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
>NATURAL RESOURCES DEFENSE COUNCIL
>
>*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

NOTICE OF FILING AFFIDAVIT OF SERVICE
*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG   1
Case 3:17-cv-00101-SLG   Document 11   Filed 06/26/17   Page 2 of 3

# CERTIFICATE OF SERVICE

       I hereby certify that on June 26, 2017, a copy of foregoing NOTICE OF FILING AFFIDAVIT OF SERVICE OF THE MAY 18, 2017 ORDER (DOC. 9), with attachments, was served by U.S. Mail on the following:

| | |
|---|---|
| Donald J. Trump, President<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | Ryan Zinke, Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 |
| Wilbur Ross, Secretary of Commerce<br>U.S. Department of Commerce<br>1401 Constitution Avenue NW<br>Washington, DC 20230 | Jeff Sessions, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |

Civil Process Clerk
U.S. Attorney, District of Alaska
222 West 7th Avenue, Room 253 #9
Anchorage, AK 99513

       *s/ Erik Grafe*
       Erik Grafe

NOTICE OF FILING AFFIDAVIT OF SERVICE
*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG     2
Case 3:17-cv-00101-SLG    Document 11    Filed 06/26/17    Page 3 of 3