Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; NORTHERN ALASKA ENVIRONMENTAL CENTER; RESISTING ENVIRONMENTAL DESTRUCTION ON INDIGENOUS LANDS; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; and THE WILDERNESS SOCIETY;<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; RYAN ZINKE, in his official capacity as Secretary of the Interior; and WILBUR ROSS, in his official capacity as Secretary of Commerce;<br><br>*Defendants*. | No. 3:17-cv-00101-SLG |

**AFFIDAVIT OF SERVICE OF THE MAY 18, 2017 ORDER (DOC. 9)**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I am over 18 years of age, I am not a party to this action, and that on May 18, 2017, I served the Court's May 18, 2017 Order re Motion to Dismiss (Doc. 9) in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG, by U.S. Mail on the below-named defendants:

Donald J. Trump, President
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Ryan Zinke, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
222 West 7th Avenue, Room 253 #9
Anchorage, AK 99513

Dated: June 26, 2017.

_____
Iris Korhonen-Penn
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.500.7126
E: ikorhonen@earthjustice.org

AFFIDAVIT OF SERVICE
*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG    1