# EXHIBIT 2

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

CONTENTS—Continued

WAR PRODUCTION BOARD—Con.  Page
Priorities system, regulations applicable to operation—Continued.
Service equipment, MRO ratings invalidated (PR 3, Dir. 11) _____ 12383
Split ratings (PR 3, revocation of Dir. 6) _____ 12382
Textile machinery accessories, (PR 3, revocation of Dir. 9) _____ 12383
Programs, M-328B (Schedules C, D, J, and K), special rules for 4th quarter 1945 (M-328B, Dir. 6) _____ 12386
Steel:
Distributors (M-21, revocation of Dir. 3) _____ 12387
Products for disaster relief (M-21, revocation of Dir. 4) _____ 12387
Suits, children's snow, and mackinaw, peacoat and cossack jacket programs (M-328B, Dir. 8) _____ 12387
Suspension order, Entwistle Mfg. Co., Inc._____ 12384

CODIFICATION GUIDE

A numerical list of the parts of the Code of Federal Regulations amended or added by documents published in this issue. Documents carried in the Cumulative Supplement by uncodified tabulation only are not included within the purview of this list.

TITLE 3—THE PRESIDENT:  Page
Chapter I—Proclamations:
2665_____ 12301
2666_____ 12301
2667_____ 12303
2668_____ 12304
Chapter II—Executive orders:
9629_____ 12304
9631_____ 12304
9632_____ 12304
9633_____ 12305
9644_____ 12305
TITLE 7—AGRICULTURE:
Subtitle A—Office of Secretary of Agriculture_____ 12305
Chapter VII—Production and Marketing Administration (Agricultural Adjustment):
Part 726—Fire-cured and dark air-cured tobacco (2 documents) _____ 12305
TITLE 10—ARMY: WAR DEPARTMENT:
Chapter V—Military reservations and national cemeteries:
Part 502—Regulations affecting military reservations_ 12306
TITLE 12—BANKS AND BANKING:
Chapter II—Board of Governors of Federal Reserve System:
Part 222—Consumer credit__ 12379
TITLE 14—CIVIL AVIATION:
Chapter II—Administrator of Civil Aeronautics:
Part 600—Designation of civil airways_____ 12306
Part 601—Designation of airway traffic control areas, airport approach zones and radio fixes_____ 12306
TITLE 19—CUSTOMS DUTIES:
Chapter I—Bureau of Customs:
Part 12—Special classes of merchandise_____ 12306

CODIFICATION GUIDE—Continued

TITLE 26—INTERNAL REVENUE:  Page
Chapter I—Bureau of Internal Revenue:
Part 178—Wine_____ 12307
TITLE 32—NATIONAL DEFENSE:
Chapter IX—War Production Board:
Part 944—Regulations applicable to operation of priorities system (20 documents) _____ 12381, 12382, 12383, 12384
Chapter XXIII—Surplus Property Board:
Part 8306—Sale of government-owned plant equipment in contractors plants_____ 12408
TITLE 46—SHIPPING:
Chapter I—Coast Guard: Inspection and Navigation:
Part 37—Specifications for lifesaving appliances_____ 12408
TITLE 49—TRANSPORTATION AND RAILROADS:
Chapter II—Office of Defense Transportation:
Part 500—Conservation of real equipment_____ 12409

year ending June 30, 1946, and for each fiscal year thereafter, have been determined in accordance with the law to be, and shall be, as follows:

Austria_____ 1,413
Germany_____ 25,957

The immigration quotas assigned to Austria and Germany are designed solely for purposes of compliance with the pertinent provisions of the Immigration Act of 1924 and are not to be regarded as having any significance extraneous to this object.

This proclamation shall take effect immediately, and shall have the effect of amending Proclamation 2283 of April 28, 1938.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States of America to be affixed.

DONE at the city of Washington this 28th day of September, in the year of our Lord nineteen hundred and forty-five, and of the Independence of the United States of America the one hundred and seventieth.

[SEAL]

HARRY S. TRUMAN

By the President:

DEAN ACHESON,
*Acting Secretary of State.*

[F. R. Doc. 45-18174; Filed, Oct. 1, 1945; 11:10 a. m.]

---

PROCLAMATION 2667

POLICY OF THE UNITED STATES WITH RESPECT TO THE NATURAL RESOURCES OF THE SUBSOIL AND SEA BED OF THE CONTINENTAL SHELF[1]

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

WHEREAS the Government of the United States of America, aware of the long range world-wide need for new sources of petroleum and other minerals, holds the view that efforts to discover and make available new supplies of these resources should be encouraged; and

WHEREAS its competent experts are of the opinion that such resources underlie many parts of the continental shelf off the coasts of the United States of America, and that with modern technological progress their utilization is already practicable or will become so at an early date; and

WHEREAS recognized jurisdiction over these resources is required in the interest of their conservation and prudent utilization when and as development is undertaken; and

WHEREAS it is the view of the Government of the United States that the exercise of jurisdiction over the natural resources of the subsoil and sea bed of the continental shelf by the contiguous nation is reasonable and just, since the effectiveness of measures to utilize or conserve these resources would be contingent upon cooperation and protection from the shore, since the continental shelf may be regarded as an extension of the land-mass of the coastal nation and thus naturally appurtenant to it, since these resources frequently form a seaward extension of a pool or deposit lying within the territory, and since self-protection compels the coastal nation to keep close watch over activities off its shores which are of the nature necessary for utilization of these resources;

NOW, THEREFORE, I, HARRY S. TRUMAN, President of the United States of America, do hereby proclaim the following policy of the United States of America with respect to the natural resources of the subsoil and sea bed of the continental shelf.

Having concern for the urgency of conserving and prudently utilizing its natural resources, the Government of the United States regards the natural resources of the subsoil and sea bed of the continental shelf beneath the high seas but contiguous to the coasts of the United States as appertaining to the United States, subject to its jurisdiction and control. In cases where the continental shelf extends to the shores of another State, or is shared with an adjacent State, the boundary shall be determined by the United States and the State concerned in accordance with equitable principles. The character as high seas of the waters above the continental shelf and the right to their free and unimpeded navigation are in no way thus affected.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States of America to be affixed.

DONE at the City of Washington this 28th day of September, in the year of our Lord nineteen hundred and forty-five, and of the Independence of the United States of America the one hundred and seventieth.

[SEAL]

HARRY S. TRUMAN

By the President:

DEAN ACHESON,
*Acting Secretary of State.*

[F. R. Doc. 45-18176; Filed, Oct. 1, 1945; 11:11 a. m.]

---

[1] See Executive Order 9633, *infra.*

Case 3:17-cv-00101-SLG  Document 13-2  Filed 06/30/17  Page 2 of 2