# EXHIBIT 9

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

Case 3:17-cv-00101-SLG   Document 13-9   Filed 06/30/17   Page 1 of 2

THE WHITE HOUSE

WASHINGTON

August 4, 1992

MEMORANDUM FOR THE SECRETARY OF THE INTERIOR

SUBJECT: Outer Continental Shelf (OCS) Oil and Gas Program for 1992-1997

In the documentation of your decision on the 5-year Outer Continental Shelf Oil and Gas Program for 1992-1997, you asserted that my statement on June 26, 1990, concerning putting certain areas off limits to leasing until after the year 2000, was made under the authority of section 12(a) of the Outer Shelf Lands Act, 43 U.S.C. 1341(a). I hereby confirm my withdrawal from disposition by leasing of those areas of the outer Continental Shelf, through December 31, 2000, subject to revocation should the President determine the scheduling of a lease sale to be required in the interest of national security.

I further withdraw the remaining 87 tracts in the Southern California Planning Area pending the completion of additional studies in response to the report of the National Academy of Sciences pursuant to the guiding principles I announced June 26, 1990, which satisfactorily address concerns relating to these tracts.

G. Bush

Case 3:17-cv-00101-SLG   Document 13-9   Filed 06/30/17   Page 2 of 2