# EXHIBIT 10

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

oceanographer Jean-Michel Cousteau; Tony Coelho, U.S. Commissioner General, 1998 World Exposition in Lisbon, Portugal; Lt. Gov. Gray Davis of California; and graduate students Nancy Eufemia and Raphael Sagarin, researchers, Hopkins Marine Station. Dr. Earle, Messrs. Talbot and Cousteau, and the staff, faculty, and graduate students of Moss Marine Laboratories were awarded the National Oceanic and Atmospheric Administration's Environmental Hero Award. This item was not received in time for publication in the appropriate issue.

## Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

*June 12, 1998*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority granted in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing through June 30, 2012, those areas of the Outer Continental Shelf currently under moratoria pursuant to sections 108–111 of Public Law 105–83.

I further withdraw from disposition by leasing for a time period without specific expiration those areas of the Outer Continental Shelf currently designated Marine Sanctuaries under the Marine Protection, Research, and Sanctuaries Act of 1972, 16 U.S.C. 1431–1434, 33 U.S.C. 1401 *et seq.*

Nothing in this withdrawal affects the rights under existing leases in these areas. Each of these withdrawals is subject to revocation by the President in the interest of national security.

**William J. Clinton**

NOTE: This item was not received in time for publication in the appropriate issue.

## Remarks at a Reception for Senator Barbara Boxer in San Francisco, California

*June 12, 1998*

***The President.*** Thank you very much. First, let me say that I'm not sure it evidences good judgment to try to follow Barbara and Hillary to the microphone. [*Laughter*] But they certainly did a good job, and I enjoyed listening to them. Let me also thank, before I go too far, the San Raphael High School Advanced Jazz Band. They did a great job, and thank you all for playing.

I thank our State Democratic chair, Art Torres, for being here, and all the candidates and officeholders who have come to support Barbara. When I was listening to Senator Boxer and the First Lady talk, and I was watching you listen to them talk, I said to myself, "Well, all these people are for her anyway." [*Laughter*] "So what should I say that would help them get other people to be for her?" And that's what Hillary was trying to do.

Why should a farmer in the San Joaquin Valley vote for this not very tall sparkplug from Northern California who is supposed to be so liberal? [*Laughter*] Why should a businessman in the Silicon Valley? Why should a woman running a small tourist inn in the redwood forest? Why should someone struggling to make ends meet in Los Angeles? Why should someone in San Diego worried about whether there's too much pollution or illegal immigration or whatever on the border? Why should everybody else vote for her, people that aren't here today? That's the case you have to make, you know.

And if you think about the nature of our political debates and the nature of the way the political parties behave in Washington and what our administration has tried to do, I think it really comes down to whether you want progress or politics to dominate the national arena.

Barbara said some of this, and at the risk of being self-serving—I don't want to be— but I want to read this to you, because when I came to you in California in 1991 and '92, I said, "Look, you guys are having a tough time out here, and I know this is the biggest