# EXHIBIT 11

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

law and the cause of justice, earning a reputation as a talented lawyer dedicated to excellence. Harriet possesses a tireless work ethic and a strong commitment to serving others. Laura and I are deeply grateful for Harriet's dedication and for her friendship. We wish her the very best in the next chapter of her life.

## Memorandum on Modification of the June 12, 1998, Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition

*January 9, 2007*

*Memorandum for the Secretary of the Interior*

*Subject:* Modification of the June 12, 1998, Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority vested in me as President of the United States, including section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby modify the first sentence of the withdrawal of June 12, 1998, of certain areas of the United States Outer Continental Shelf from leasing disposition to read as follows:

Under the authority granted in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing through June 30, 2012, (1) those areas under moratoria pursuant to sections 104 and 106 of Public Law 109–54, and (2) those areas under moratoria pursuant to section 105 of Public Law 109–54, excluding that portion of the Central Gulf of Mexico planning area defined as the "181 South Area" in section 102(2) of title I ("Gulf of Mexico Energy Security") in Division C of Public Law 109–432, the Tax Relief and Health Care Act of 2006.

**George W. Bush**

## Address to the Nation on the War on Terror in Iraq

*January 10, 2007*

Good evening. Tonight in Iraq, the Armed Forces of the United States are engaged in a struggle that will determine the direction of the global war on terror and our safety here at home. The new strategy I outline tonight will change America's course in Iraq and help us succeed in the fight against terror.

When I addressed you just over a year ago, nearly 12 million Iraqis had cast their ballots for a unified and democratic nation. The elections of 2005 were a stunning achievement. We thought that these elections would bring the Iraqis together and that as we trained Iraqi security forces, we could accomplish our mission with fewer American troops.

But in 2006, the opposite happened. The violence in Iraq, particularly in Baghdad, overwhelmed the political gains the Iraqis had made. Al Qaida terrorists and Sunni insurgents recognized the mortal danger that Iraq's elections posed for their cause, and they responded with outrageous acts of murder aimed at innocent Iraqis. They blew up one of the holiest shrines in Shi'a Islam, the Golden Mosque of Samarra, in a calculated effort to provoke Iraq's Shi'a population to retaliate. Their strategy worked. Radical Shi'a elements, some supported by Iran, formed death squads. And the result was a vicious cycle of sectarian violence that continues today.

The situation in Iraq is unacceptable to the American people, and it is unacceptable to me. Our troops in Iraq have fought bravely. They have done everything we have asked them to do. Where mistakes have been made, the responsibility rests with me.

It is clear that we need to change our strategy in Iraq. So my national security team, military commanders, and diplomats conducted a comprehensive review. We consulted Members of Congress from both parties, our allies abroad, and distinguished outside experts. We benefited from the thoughtful recommendations of the Iraq Study