# EXHIBIT 13

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

*Administration of Barack H. Obama, 2010*

# Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition
*March 31, 2010*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing through June 30, 2017, the Bristol Bay area of the North Aleutian Basin in Alaska. This withdrawal prevents consideration of Bristol Bay for leasing for any oil or gas development in the Outer Continental Shelf, whether for exploratory or production purposes.

Nothing in this withdrawal affects the rights under existing leases in this area.

BARACK OBAMA

*Categories:* Communications to Federal Agencies : United States Outer Continental Shelf, withdrawal of certain areas from leasing disposition, memorandum.

*Subjects:* Energy : Domestic sources; Energy : Offshore oil and gas drilling.

*DCPD Number:* DCPD201000214.