# EXHIBIT 14

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

*Administration of Barack Obama, 2014*

# Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition
*December 16, 2014*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Consistent with principles of responsible public stewardship entrusted to this office, with due consideration of the importance of Bristol Bay and the North Aleutian Basin Planning Area to subsistence use by Alaska Natives, wildlife, wildlife habitat, and sustainable commercial and recreational fisheries, and to ensure that the unique resources of Bristol Bay remain available for future generations, I hereby revoke my memorandum of March 31, 2010 (Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition), and direct as follows:

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for a time period without specific expiration the area of the Outer Continental Shelf currently designated by the Bureau of Ocean Energy Management as the North Aleutian Basin Planning Area (Area), including Bristol Bay, offshore Alaska. This withdrawal prevents consideration of this Area for any oil or gas leasing for purposes of exploration, development, or production.

Nothing in this withdrawal affects the rights under existing leases in this Area.

BARACK OBAMA

*Categories:* Communications to Federal Agencies : United States Outer Continental Shelf, withdrawal of certain areas from leasing disposition, memorandum.

*Subjects:* American Indians and Alaska Natives : Tribal nations, relations with Federal Government; Energy : Domestic sources; Energy : Offshore oil and gas drilling; Environment : Conservation :: Wildlife preservation, strengthening efforts.

*DCPD Number:* DCPD201400934.