# EXHIBIT 17

Defendants' Motion to Dismiss
*League of Conservation Voters v. Trump*
No. 3:17-cv-00101-SLG

*Administration of Barack Obama, 2016*

## Memorandum on Withdrawal of Certain Areas off the Atlantic Coast on the Outer Continental Shelf From Mineral Leasing
*December 20, 2016*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas off the Atlantic Coast on the Outer Continental Shelf from Mineral Leasing

Consistent with principles of responsible public stewardship entrusted to this office, with due consideration of the critical importance of canyons along the edge of the Atlantic continental shelf for marine mammals, deep water corals, other wildlife, and wildlife habitat, and to ensure that the unique resources associated with these canyons remain available for future generations, I hereby direct as follows:

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for a time period without specific expiration the areas of the Outer Continental Shelf (OCS) associated with 26 major canyons and canyon complexes offshore the Atlantic coast lying within areas currently designated by the Bureau of Ocean Energy Management as the North Atlantic and Mid-Atlantic Planning Areas. The boundaries are delineated in the attached map and accompanying table of OCS blocks. Both the map and the table form a part of this memorandum. This withdrawal prevents consideration of this area for any future mineral leasing for purposes of exploration, development, or production.

Nothing in this withdrawal affects rights under existing leases in the withdrawn areas.

BARACK OBAMA

*Categories:* Communications to Federal Agencies : U.S. Atlantic Outer Continental Shelf, mineral leasing, memorandum on withdrawal.

*Subjects:* Energy : Offshore oil and gas drilling; Environment : Conservation :: Wildlife preservation, strengthening efforts; U.S. Outer Continental Shelf, Arctic and Atlantic Oceans, withdrawal from mineral leasing.

*DCPD Number:* DCPD201600861.