IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 3:17-cv-00101 (SLG) |

### [PROPOSED] ORDER

Considering the Motion of the American Petroleum Institute to intervene as a defendant in this matter,

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED** and the American Petroleum Institute is permitted to intervene as a defendant; and

2. The American Petroleum Institute's Answer to Plaintiffs' complaint be deemed filed on the date on which this Order is entered.

_____
UNITED STATED DISTRICT JUDGE

[Proposed] Order
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)