UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| League of Conservation Voters, et al.<br><br>Plaintiff(s),<br>vs.<br>Donald J. Trump, et al.<br><br>Defendant(s). | Case No. 3:17-cv-00101 (SLG)<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
|---|---|

To the Honorable Judge of the above-entitled court:

I, Steven J. Rosenbaum, hereby apply for permission to appear and
(name)
participate as counsel for the American Petroleum Institute, Intervenor-Defendant,
(Name of party)                                                                                      (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐   I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐   I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐   For the reasons set forth in the attached memorandum.

## OR

I hereby designate   James D. Linxwiler   , a member of the Bar of this court,
                         (Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: June 30, 2017

/s/ Steven J. Rosenbaum
(Signature)

Steven J. Rosenbaum
(Printed Name)

850 Tenth St., N.W.
(Address)

Washington, D.C. 20001
(City/State/Zip)

202-662-5568
(Telephone Number)

srosenbaum@cov.com
(e-mail address)

### Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: June 30, 2017

/s/ James D. Linxwiler
(Signature)

James D. Linxwiler
(Printed Name)

1029 W. 3rd Ave. #400
(Address)

Anchorage, AK
(City, State, Zip)

907-793-2200
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Steven Joseph Rosenbaum

Business Address: Covington & Burling, 850 Tenth St. NW, Washington, D.C. 20001
        (Mailing/Street)        (City, State, ZIP)

Residence: 11508 Big Piney Way, Potomac, MD 20854
     (Mailing/Street)     (City, State, ZIP)

Business Telephone: 202-662-5568  e-mail address: srosenbaum@cov.com

Other Names/Aliases: N/A

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| District of Columnia | 430 E Street, N.W., Washington, D.C. | 1980 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: June 30, 2017

                 _____
                 (Signature of Applicant)



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## STEVEN J. ROSENBAUM

was on **DECEMBER 19, 1980** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **FEBRUARY 6, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
(Deputy Clerk)