```
Court Name: District of Alaska
Division: 3
Receipt Number: 030091
Cashier ID: ps
Transaction Date: 06/30/2017
Payer Name: GUESS AND RUDD
--------------------------------
PRO HAC VICE
 For: BRADLEY K. ERVIN
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:         $150.00
PRO HAC VICE
 For: STEVEN J. ROSENBAUM
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:         $150.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $300.00
--------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00
```

3:17-cv-00101-SLG

A fee of $53.00 will be charged for any returned check.

SCANNED