JEFFREY WOOD
Acting Assistant Attorney General

SARAH D. HIMMELHOCH (MD Bar. No. 199212160064)
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:17-cv-00101- SLG |
| ) | |
| v. ) | |
| ) | |
| **DONALD J. TRUMP**, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' RESPONSE TO AMERICAN PETROLEUM INSTITUTE'S**
**MOTION TO INTERVENE AS A DEFENDANT**

On July 3, 2017, the Defendants filed a Motion to Dismiss that, if granted, would thoroughly dispose of this case. On the same day, the American Petroleum Institute filed a motion to intervene as a defendant. Defendants do not oppose the Motion to Intervene.

1

Dated: July 12, 2017

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

_____/s/_____
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Defendants*

**Certificate of Service**

I hereby certify that on July 12, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

_____/s/_____
Sarah D. Himmelhoch
*Attorney for Defendants*