James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*pro hac vice*)
Bradley K. Ervin (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Applicant for Intervention American Petroleum Institute*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEGUE OF CONSERVATION VOTERS, et al. ) | |
| ) | Case No. 3:17-cv-00101 (SLG) |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

ENTRY OF APPEARANCE

Entry of Appearance
League of Conservation Voters, et al. v. Donald J. Trump, et al, Case No. 3:17-cv-00101 (SLG)
Page 1 of 3

Case 3:17-cv-00101-SLG   Document 20   Filed 07/12/17   Page 1 of 3

Christina A. Rankin, an attorney with Guess & Rudd P.C., hereby enters her appearance on behalf of American Petroleum Institute, in the above-captioned action and requests that all pleadings or other documents be served on her at 1029 W. 3rd Avenue, Suite 400, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 12th day of July, 2017.

/s/ Christina A. Rankin
James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*pro hac vice*)
Bradley K. Ervin (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
rosenbaum@cov.com
bervin@cov.com

*Attorneys for Applicant for Intervention American Petroleum Institute*

Entry of Appearance
League of Conservation Voters, et al. v. Donald J. Trump, et al, Case No. 3:17-cv-00101 (SLG)
Page 2 of 3
Case 3:17-cv-00101-SLG    Document 20    Filed 07/12/17    Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2017, a copy of the foregoing document was served electronically on:

Eric P. Jorgensen, Esq.
Erik Grafe, Esq.
Nancy S. Marks, Esq.
Nathaniel S.W. Lawrence, Esq.
Sarah D. Himmelhoch, Esq.
Bradley K. Ervin, Esq.
Stephen J. Rosenbaum, Esq.

Guess & Rudd P.C.


By: s/ Christina A. Rankin
F:\DATA\6565\1\Pleadings\01 EOA CAR.doc

Entry of Appearance
League of Conservation Voters, et al. v. Donald J. Trump, et al, Case No. 3:17-cv-00101 (SLG)
Page 3 of 3
Case 3:17-cv-00101-SLG    Document 20    Filed 07/12/17    Page 3 of 3