IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-00101-SLG |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs and Federal Defendants hereby jointly move for an extension of Plaintiffs' time to respond to Federal Defendants' Motion to Dismiss, Dkt. 12, and an extension of Federal Defendants' time to reply. The parties make this request to accommodate counsel's competing commitments and summer schedules. They respectfully request that the Court adopt the following deadlines:

- Plaintiffs' response brief due August 25; and

- Federal Defendants' reply brief due September 18.

The parties also request that this joint motion be treated as a stipulation for an initial extension of time pursuant to Local Rule 7.1(f)(3) pending the Court's resolution of this motion.

Respectfully submitted this 20th day of July, 2017.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (admitted pro hac vice)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG                    2
Case 3:17-cv-00101-SLG    Document 21    Filed 07/20/17    Page 2 of 4

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*s/ Sarah D. Himmelhoch (consent)*
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG          3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, a copy of foregoing JOINT MOTION FOR EXTENSION OF TIME was served electronically on Sarah D. Himmelhoch, James D. Linxwiler, Christina A. Rankin, Bradley K. Ervin, and Steven J. Rosenbaum.

*s/ Erik Grafe*

Erik Grafe
EARTHJUSTICE

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG                    4