# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, ) <br> ) <br>     *Plaintiffs*, ) <br> ) <br>     v. ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br>     *Defendants*. ) <br> ) | No. 3:17-cv-00101-SLG |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the Joint Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file their response to Federal Defendants' Motion to Dismiss on August 25, 2017, and Federal Defendants shall file their reply on September 18, 2017.

SO ORDERED this \_\_\_\_ day of _____, 2017.

_____
SHARON L. GLEASON
United States District Judge