# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | No. 3:17-cv-00101-SLG |

## ORDER

Upon consideration of the Motion of the American Petroleum Institute for Leave to Intervene as a Defendant (docket 14) and Defendants' Response (Docket 19), the Court hereby GRANTS the motion.

**IT IS ORDERED that:**

1. That American Petroleum Institute is permitted to intervene as a Defendant; and

2. Pursuant to Local Rule 15.1(2), American Petroleum Institute shall file an original, previously undocketed version of its Answer[1] for separate docketing.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATED DISTRICT JUDGE

---

[1] Docket 14-1.