IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) Case No. 3:17-cv-00101-SLG |
| v. | )<br>)<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| *Defendants*. | ) |

## ORDER RE JOINT MOTION

Upon consideration of the parties' Joint Motion for Extension of Time (Docket 21), the Court hereby GRANTS the motion.

IT IS ORDERED that Plaintiffs shall file their response to Federal Defendants' Motion to Dismiss (Docket 12) by **August 25, 2017**, and Federal Defendants shall file their reply by **September 18, 2017**.

DATED this 21st day of July, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE