# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, et al, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>DONALD J. TRUMP, et al., <br><br>　　　　　　Defendants. | Case No.3:17-cv-00101-SLG |

## ORDER REGARDING INITIAL CASE SCHEDULING & PLANNING CONFERENCE REPORT

　　　　Pursuant to Rules 16(b) and 26(f), Federal Rules of Civil Procedure, counsel and self-represented litigants must meet within 21 days from service of this order for the purpose of jointly completing a Scheduling and Conference Planning Report specifically for cases assigned to Judge Gleason, using the format of the attached document. A template of this Scheduling and Case Planning Report (to be used only in cases assigned to Judge Gleason) is also available on-line at http://www.akd.uscourts.gov. At the website, choose the "Forms" tab; then select "Local Forms."

　　　　Within 28 days from service of this order, counsel for Plaintiff(s) shall file and serve the parties' report with the Court. If the Plaintiff is self-represented, counsel for the Defendant(s) shall file and serve the report.

　　　　In the event the parties to this case are currently engaged in settlement negotiations, counsel for Plaintiff shall so advise the Court within seven days following

the entry of this order, and shall specify the date by which the parties expect to conclude their settlement negotiations.

DATED this 21st day of July, 2017 at Anchorage, Alaska.

_/s/ Sharon L. Gleason_  
UNITED STATES DISTRICT JUDGE