IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 3:17-cv-00101-SLG |
| DONALD J. TRUMP, *et al.*, | ) |
| *Defendants*, | ) |
| AMERICAN PETROLEUM INSTITUTE, | ) |
| *Intervenor-Defendant.* | ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Federal Defendants, and Intervenor-Defendant hereby jointly move for an extension of Plaintiffs' time to respond to Federal Defendants' and Intervenor-Defendant's Motions to Dismiss, Dkts. 12 & 25, and an extension of Federal- and Intevenor-Defendants' time to reply. Plaintiffs intend to file a single response to the Motions to Dismiss. The parties make this request to accommodate counsel's competing commitments and summer schedules in light of the filing of the Intervenor-Defendant's motion. They respectfully request that the Court adopt the following deadlines:

- Plaintiffs' response brief due September 8; and

- Federal- and Intervenor-Defendants' reply briefs due October 2.

The parties also request that this joint motion be treated as a stipulation for an initial extension of time for Plaintiffs to respond to Intervenor-Defendant's Motion to Dismiss pursuant to Local Rule 7.1(f)(3) pending the Court's resolution of this motion.

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG       1
Case 3:17-cv-00101-SLG    Document 28    Filed 08/18/17    Page 1 of 4

Respectfully submitted this 18th day of August, 2017.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (admitted pro hac vice)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG 2
Case 3:17-cv-00101-SLG    Document 28    Filed 08/18/17    Page 2 of 4

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*s/ Sarah D. Himmelhoch (consent)*
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

*s/ Bradley K. Ervin (consent)*
Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
rosenbaum@cov.com
bervin@cov.com

James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG     3
Case 3:17-cv-00101-SLG    Document 28    Filed 08/18/17    Page 3 of 4

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2017, a copy of foregoing JOINT MOTION FOR EXTENSION OF TIME, with attachment, was served electronically on Sarah D. Himmelhoch, James D. Linxwiler, Christina A. Rankin, Bradley K. Ervin, and Steven J. Rosenbaum.

                                *s/ Erik Grafe*
                                Erik Grafe
                                EARTHJUSTICE

JOINT MOTION FOR EXTENSION OF TIME
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG          4
Case 3:17-cv-00101-SLG   Document 28   Filed 08/18/17   Page 4 of 4