# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) No. 3:17-cv-00101-SLG |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| *Defendants,* | ) ) |
| AMERICAN PETROLEUM INSTITUTE*,* | ) ) |
| *Intervenor-Defendant.* | ) ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the Joint Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file a response to Federal- and Intervenor-Defendants' Motions to Dismiss on September 8, 2017, and Federal- and Intervenor-Defendants shall file their replies on October 2, 2017.

SO ORDERED this ____ day of _____, 2017.

_____
SHARON L. GLEASON
United States District Judge

[PROPOSED] ORDER
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG                1
Case 3:17-cv-00101-SLG     Document 28-1     Filed 08/18/17     Page 1 of 1