# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, </br> *Plaintiffs*, </br> v. </br> DONALD J. TRUMP, *et al.*, </br> *Defendants,* </br> AMERICAN PETROLEUM INSTITUTE, </br> *Intervenor-Defendant.* | No. 3:17-cv-00101-SLG |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Upon consideration of the Joint Motion for Extension of Time (Docket 28), the Court hereby GRANTS the motion.

IT IS ORDERED that Plaintiffs shall file a response to Federal- and Intervenor-Defendants' Motions to Dismiss (Docket 25) on September 8, 2017, and Federal- and Intervenor-Defendants shall file their replies on October 2, 2017.

DATED this 21st day of August, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE