JAHNA LINDEMUTH
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
　　　　jennifer.douglas@alaska.gov

Attorneys for State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, </br></br> *Plaintiffs,* </br> v. </br></br> DONALD J. TRUMP, *et al.*, </br></br> *Defendants,* </br></br> AMERICAN PETROLEUM INSTITUTE, </br></br> *Intervenor-Defendant.* | Case No. 3:17-cv-00101-SLG </br></br> **[PROPOSED] ORDER GRANTING MOTION OF THE STATE OF ALASKA FOR LEAVE TO INTERVENE** |

This matter came before this Court pursuant to the State of Alaska's Motion to Intervene under FRCP 24. This Court, having reviewed and considered all pleadings filed hereto, hereby finds the State of Alaska is entitled to intervene in the above-captioned matter as a matter of right pursuant to FRCP 24(a)(2), NOW, THEREFORE,

IT IS HEREBY ORDERED that:

(1) State of Alaska's Motion to Intervene is GRANTED; and

(2) State of Alaska's Answer to Plaintiffs' Complaint is deemed timely filed upon entry of this Order.

Entered this ___ day of _____, 2017.

_____
The Honorable Sharon L. Gleason
United States District Court Judge

# CERTIFICATE OF SERVICE

I certify that on August 31, 2017 the foregoing was served electronically on all parties via CM/ECF.

/s/Bradley E. Meyen_____
Bradley E. Meyen
Senior Assistant Attorney General