IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>    *Plaintiffs,*<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants,*<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>    *Intervenor-Defendant.* | Case No. 3:17-cv-00101-SLG |

## ORDER RE MOTION OF THE STATE OF ALASKA FOR LEAVE TO INTERVENE

This matter came before this Court pursuant to the State of Alaska's Motion to Intervene under FRCP 24 (Docket 30). This Court, having reviewed and considered the motion, finds the State of Alaska is entitled to intervene in the above-captioned matter as a matter of right pursuant to FRCP 24(a)(2), NOW, THEREFORE,

IT IS HEREBY ORDERED that:

(1) State of Alaska's Motion to Intervene is GRANTED; and

(2) The State of Alaska shall file an original, previously undocketed version of its Answer (lodged at Docket 30-2) for separate docketing.

Entered this 1st day of September, 2017.

                                              *Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE