JAHNA LINDEMUTH
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
         jennifer.douglas@alaska.gov

Attorneys for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*,<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendant.* | Case No. 3:17-cv-00101-SLG<br><br>**DEFENDANT-INTERVENOR STATE OF ALASKA'S MOTION TO DISMISS** |

The State of Alaska ("State") respectfully moves to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The State adopts and incorporates the arguments in favor of dismissal in the motions filed by the Federal Defendants [Dkt. Nos. 12, 13] and Defendant-Intervenor American Petroleum Institute [Dkt. No. 25].

*Application for admission pending

DATED: September 5, 2017.

JAHNA LINDEMUTH
ATTORNEY GENERAL

By: /s/ Bradley E. Meyen_____

Bradley E. Meyen
AK Bar No. 8506067
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov

Jennifer E. Douglas
AK Bar No. 1605029
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: jennifer.douglas@alaska.gov

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2017 the foregoing was served electronically on all parties via CM/ECF.

/s/Bradley E. Meyen_____

Bradley E. Meyen
Senior Assistant Attorney General

*League of Conservation Voters, et al. v. Trump, et al.* Case No. 3:17-cv-00101-SLG
State of Alaska's Motion to Dismiss Page 2 of 2
Case 3:17-cv-00101-SLG Document 34 Filed 09/05/17 Page 2 of 2