JAHNA LINDEMUTH
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
 jennifer.douglas@alaska.gov

Attorneys for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>    *Plaintiffs,*<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants,*<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>    *Intervenor-Defendant.* | Case No. 3:17-cv-00101-SLG<br><br>**[PROPOSED] ORDER GRANTING MOTIONS TO DISMISS** |

This matter came before this Court pursuant to the Defendants' and Intervenor-Defendants' Motions to Dismiss. This Court, having reviewed and considered all pleadings filed hereto, hereby ORDERS that the Motions are granted.

Entered this ___ day of _____, 2017.

The Honorable Sharon L. Gleason
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on September 5, 2017 the foregoing was served electronically on all parties via CM/ECF.

/s/Bradley E. Meyen_____
Bradley E. Meyen
Senior Assistant Attorney General