# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD TRUMP, et al.,<br><br>      Defendants,<br><br>AMERICAN PETROLEUM INSTITUTE, STATE OF ALASKA,<br><br>      Intervenor-Defendants. | Case No. 3:17-cv-00101-SLG |

## ORDER RE JOINT SCHEDULE PROPOSAL

Upon consideration of the parties' Joint Response to Order Regarding Initial Case Scheduling & Planning Conference Report, Dkt. 24 (Docket 27), the Court hereby enters the following case management plan:

**Motions to amend the pleadings:** If any, motions to amend the pleadings shall be filed within 30 days of the Court's adjudication of the pending motions to dismiss. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Civil Rule 16 (b)(4).

**Summary judgment motions:** Plaintiffs have indicated an intention to file a motion for summary judgment; Federal- and Intervenor-Defendants may file responses, which shall be deemed cross-motions for summary judgment, to which Plaintiffs may file a reply. Within 45 days of the Court's adjudication of the pending motions to dismiss or

any motion to amend the pleadings, whichever is later, the parties shall propose a schedule for summary judgment briefing.

DATED this 6th day of September, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE