JAHNA LINDEMUTH
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
  jennifer.douglas@alaska.gov

Attorneys for State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, <br><br>*Plaintiffs,*<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants,*<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendant.* | Case No. 3:17-cv-00101-SLG<br><br>**NOTICE OF APPEARANCE OF JENNIFER E. DOUGLAS AS CO-COUNSEL FOR STATE OF ALASKA** |

Jennifer E. Douglas enters her appearance as co-counsel for Defendant-Intervenor, State of Alaska in the above-captioned case. Ms. Douglas consents to be served electronically via the Court's CM/ECF system. She can be reached by mail at the Attorney General's Office, 1031 W. 4th Avenue, Suite 200, Anchorage, AK 99501; by phone at 907-269-5232; and by facsimile at 907-276-3697.

Mr. Meyen continues to be counsel for the State of Alaska in this case.

DATED: September 27, 2017.

> JAHNA LINDEMUTH
> ATTORNEY GENERAL
>
> By: /s/ Jennifer E. Douglas_____
> Jennifer E. Douglas
> AK Bar No. 1605029
> Assistant Attorney General
> Department of Law
> 1031 West Fourth Avenue, Suite 200
> Anchorage, AK 99501
> Phone: (907) 269-5232
> Facsimile: (907) 276-3697
> Email: jennifer.douglas@alaska.gov
>
> Bradley E. Meyen
> AK Bar No. 8506067
> Senior Assistant Attorney General
> Department of Law
> 1031 West Fourth Avenue, Suite 200
> Anchorage, AK 99501
> Phone: (907) 269-5232
> Facsimile: (907) 276-3697
> Email: brad.meyen@alaska.gov

## CERTIFICATE OF SERVICE

I certify that on September 27, 2017 the foregoing was served electronically on all parties via CM/ECF.

> /s/Jennifer E. Douglas
> Jennifer E. Douglas
> Assistant Attorney General