# Exhibit G

PUBLIC

Attachment 1

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
# BUREAU OF OCEAN ENERGY MANAGEMENT

### Atlantic OCS
**(Insert Appropriate Regional Office)**

## APPLICATION FOR PERMIT TO CONDUCT GEOLOGICAL OR GEOPHYSICAL EXPLORATION FOR MINERAL RESOURCES OR SCIENTIFIC RESEARCH ON THE OUTER CONTINENTAL SHELF

(Section 11, Outer Continental Shelf Lands Act of August 7, 1953, as amended on September 18, 1978, by Public Law 95-372, 92 Statute 629, 43 U.S.C. 1340; and 30 CFR Parts 251 and 551)

TDI-Brooks International, Inc.
_____
Name of Applicant

14391 South Dowling Road
_____
Number and Street

College Station, Texas 77845
_____
City, State, and Zip Code

**Application is made for the following activity:  (check one)**

_____Geological exploration for mineral resources

_____Geological scientific research

___X___Geophysical exploration for mineral resources

_____Geophysical scientific research

*GOM OCS REGION
BOEM
OCT 16 2014
New Orleans, LA
OFFSHORE RESOURCE EVALUATION*

**Submit:** Original plus three copies, totaling four copies, which include one digital copy, and one public information copy.

==================================================

### To be completed by BOEM

**Permit Number:** _E14-010_     **Date:** _17-Oct-2014_

*GOM OCS REGION
BOEM
RELEASABLE
OCT 20 2014
New Orleans, LA
OFFSHORE RESOURCE EVALUATION*

**Form BOEM-0327** (January 2012 - Supersedes all previous versions of this form which may not be used.)     Page 1 of 3

## A. General Information

1. The activity will be conducted by:

| | |
|---|---|
| **TDI-Brooks International** | For **TDI-Brooks International** |
| Service Company Name | Purchaser(s) of the Data |
| **14391 South Dowling Rd.** | **14391 South Dowling Rd.** |
| Address | Address |
| **College Station TX 77845** | **College Station TX 77845** |
| City, State, Zip | City, State, Zip |
| **979-693-3446 / 979-693-6389** | **979-693-3446 / 979-693-6389** |
| Telephone/FAX Numbers | Telephone/FAX Numbers |
| **drjmbrooks@aol.com** | **drjmbrooks@aol.com** |
| E-Mail Address | E-Mail Address |

2. The purpose of the activity is:  ___**x**___ Mineral exploration

   _____ Scientific research

3. Describe your proposed survey activities (i.e., vessel use, benthic impacts, acoustic sources, etc) and describe the environmental effects of the proposed activity, including potential adverse effects on marine life  Describe what steps are planned to minimize these adverse effects (mitigation measures). For example:  1)  Potential Effect; Excessive sound level Mitigation; Soft Start, MMOs, mammal exclusion zone or 2)  Potential Effect; Bottom disturbance; Mitigation; ROV deployment/retrieval of bottom nodes) (use continuation sheets as necessary or provide a separate attachment):

   See attachment 'A.3 proposed activities'

4. The expected commencement date is: December 2014

   The expected completion date is: December 2015

5. The name of the individual(s) in charge of the field operation is:
   Dr. James Brooks, Dr. Les Bender, Mr. Michael Kullman

   May be contacted at:
   TDI-Brooks International, Inc.

   Telephone (Local) 979-693-3446        (Marine)   VSAT +65 6602 8203

   Email Address:   drjmbrooks@aol.com        Radio call sign   H3RN, V4YI

6. The vessel(s) to be used in the operation is (are):

| Name (s) | Registry Number(s) | Registered owners) |
|---|---|---|
| MV Teknik Perdana | 735 3999 | TL Geohydrographics |
| R.V. Gyre | 73189900 | TDI-Brooks International, Inc. |

7. The port from which the vessel(s) will operate is:     Jacksonville, FL

8. Briefly describe the navigation system (vessel navigation only):

All vessels utilize a mix of high quality marine GPS, gyrocompasses and radars for navigation

## B. Complete for Geological Exploration for Mineral Resources or Geological Scientific Research

1. The type of operation(s) to be employed is: (check one)

   (a) _____ Deep stratigraphic test, or

   (b) _____ Shallow stratigraphic test with proposed total depth of _____, or

   (c) _____ Other _____

2. Attach a page-size plat showing: 1) The generalized proposed location for each test, where appropriate, a polygon enclosing the test sites may be used, 2) BOEM protraction areas; coastline; point of reference; 3) Distance and direction from a point of reference to area of activity.

## C. Complete for Geophysical Exploration for Mineral Resources or Geophysical Scientific Research

1. The type(s) of operation(s) to be employed is (are):
   a) Acquisition method (OBN, OBC, Streamer):  Hull mounted multibeam and sub-bottom sonar
   b) Type of acquisition: (High Resolution Seismic, 2D Seismic, 3D Seismic, gravity, magnetic, CSEM, etc.)
      High resolution multibeam bathymetry and sub-bottom profiler survey

2. Attach a page-size plat showing:
   a) The generalized proposed location of the activity with a representative polygon,
   b) BOEM protraction areas; coastline; point of reference,
   c) Distance and direction from a point of reference to area of activity.

3. List all energy source types to be used in the operation(s): (Air gun, air gun array(s), sub-bottom profiler, sparker, towed dipole, side scan sonar, etc.).

multibeam sonar, sub-bottom profiler

4. Explosive charges will _____ will not __X__ be used. If applicable, indicate the type of explosive and maximum charge size (in pounds) to be used:

Type _____ Pounds _____ Equivalent Pounds of TNT _____

## D. Proprietary Information Attachments

Use the appropriate form on page 9 for a "geological" permit application or the form on page 11 for a "geophysical" permit application. You must submit a separate Form BOEM-0327 to apply for each geological or geophysical permit.

## E. Certification

I hereby certify that foregoing and attached information are true and correct.

Print Name: Michael Kullman

SIGNED _Ma/Kull_ DATE 10-13-14

TITLE GIS Specialist

COMPANY NAME: TDI-Brooks International, Inc.

=================================================

## TO BE COMPLETED BY BOEM

Permit No. E14-010 Assigned by Teree C. Campbell Date 17-Oct-2014
of BOEM

This application is hereby:

a. __X__ Accepted

b. _____ Returned for reasons in the attached

GOM OCS REGION
BOEM
OCT 16 2014
New Orleans, LA
OFFSHORE RESOURCE EVALUATION

SIGNED _____ TITLE Regional Supervisor DATE 10/20/14

Case 3:17-cv-00101-SLG    Document 39-7    Filed 10/02/17    Page 5 of 7



TDI-Brooks International, Inc.
ONE East Coast MBES
Blake Plateau
Public Information Copy
BOEM-0327

0    50    100    200 Nautical Miles

GOM OCS REGION
BOEM
RELEASABLE

OCT 2 0 2014

New Orleans, LA
OFFSHORE RESOURCE EVALUATION

## Attachment A.3 - Proposed Activities – Public Information

### Description of Proposed Survey and Equipment

TDI-Brooks / ONE East Coast MBES program will conduct a regional multibeam (bathymetry, backscatter, water column) and sub-bottom profiler acquisition program over an area of approximately 90,434 square miles stretching from the east coast of Florida to North Carolina (see Figure 1). Water depths for the survey area will range from approximately 100m to over 5,000m.



TDI-Brooks International, Inc.
ONE East Coast MBES
Blake Plateau
Public Information Copy
BOEM-0327

**Figure 1. Proposed MBES survey area**