James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | No. 3:17-cv-00101 (SLG) |

## REQUEST FOR ORAL ARGUMENT ON PENDING MOTIONS TO DISMISS

DC: 6530830-2

Request for Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 40   Filed 10/02/17   Page 1 of 3

Intervenor-Defendant American Petroleum Institute hereby requests consolidated oral argument on the pending motions to dismiss the Complaint (Dkt. No. 1) in the above-captioned case filed by the Federal Defendants (Dkt. Nos. 12, 13), the American Petroleum Institute (Dkt. No. 25), and Intervenor-Defendant State of Alaska (Dkt. No. 34). The pending motions raise six challenges to the justiciability of Plaintiffs' Complaint in this Court, and have resulted in extensive briefing among the parties. Given the scope, depth, and case-dispositive nature of these issues, API believes that the Court's ultimate resolution of the pending motions to dismiss would benefit from probing the parties' respective positions through oral argument.

> Respectfully submitted,
>
> /s/ James D. Linxwiler
> James D. Linxwiler (Alaska Bar No. 7705185)
> Christina A. Rankin (Alaska Bar No. 0306034)
> Guess & Rudd P.C.
> 1029 W. 3rd Ave. #400
> Anchorage, AK 99501
> Tel: (907) 793-2200
> Fax: (907) 793-2299
> jlinxwiler@guessrudd.com
> crankin@guessrudd.com
>
> Steven J. Rosenbaum (*Pro hac vice*)
> Bradley K. Ervin (*Pro hac vice*)
> COVINGTON & BURLING LLP
> One CityCenter
> 850 Tenth St. N.W.
> Washington, D.C. 20001
> Tel: (202) 662-5568
> Fax: (202) 778-5568
> rosenbaum@cov.com
> bervin@cov.com
>
> *Attorneys for Intervenor-Defendant American Petroleum Institute*

October 2, 2017

Request for Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG    Document 40    Filed 10/02/17    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2017, I caused a true and correct copy of the foregoing to be filed with the Court electronically and served by the Court's CM/ECF System upon the following:

Erik Grafe
Earthjustice
441 W. 5th Ave., Suite 301
Anchorage, AK 99501
Tel: 907-792-7102
Fax: 907-277-1390
Email: egrafe@earthjustice.org

Eric P. Jorgensen
Earthjustice
325 Fourth Street
Juneau, AK 99801
Tel: 907-586-2751
Fax: 907-463-5891
Email: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence
Natural Resources Defense Council
3723 Holiday Drive, SE
Olympia, WA 98501
Tel: 360-534-9900
Email: nlawrence@nrdc.org

Nancy S. Marks
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Tel: 212-727-2700
Fax: 415-795-4799
Email: nmarks@nrdc.org

*Counsel for Plaintiffs*

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004
Tel: 202-514-0180
Fax: 202-514-0057
Email: sarah.himmelhoch@usdoj.gov

*Counsel for Federal Defendants*

        */s/ James D. Linxwiler*
        James D. Linxwiler

1

Request for Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 40   Filed 10/02/17   Page 3 of 3