## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LEAGUE OF CONSERVATION VOTERS, et al.,

    Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 3:17-cv-00101-SLG

### ORDER

Pursuant to the request for oral argument at Docket 40, IT IS ORDERED that oral argument on the pending motions to dismiss shall be held on **Wednesday, November 8, 2017 at 10:00 a.m.** before Judge Sharon Gleason in Anchorage Courtroom 3. Plaintiffs shall be accorded up to 30 minutes for their argument. Federal Defendants and Intervenor-Defendants shall be accorded a combined total of up to 30 minutes.

DATED this 4th day of October, 2017 at Anchorage, Alaska.

                                           */s/ Sharon L. Gleason*
                                           UNITED STATES DISTRICT JUDGE