

Calendar | Contact Us | Employment

Search



| About BOEM | Regions | Newsroom | Oil & Gas Energy Programs | Renewable Energy Programs | Environmental Stewardship | Marine Minerals Program |

**Regions**

- **Alaska OCS Region**
  - Environment
  - Leasing and Plans
  - Resource Evaluation
  - Tribal and Community Liaison
- Atlantic OCS Region
- Gulf of Mexico OCS Region
- Pacific OCS Region

## Alaska Region G&G Survey 17-01

SAExploration Inc.

Beaufort Sea, 2017

**SUMMARY**

SAExploration Inc. (SAE) has submitted an application for a permit to conduct an ocean-bottom-node, marine seismic survey to acquire 3D seismic data, using an airgun array as the energy source, in the Beaufort Sea Outer Continental Shelf Planning Area. The proposed program is planned to start July 15 and be completed by Oct. 30, 2017  **Survey Area Map**

**CHRONOLOGY**

<u>March 23, 2017</u>:  The application submitted by SAExploration Inc. to BOEM's Alaska Region for a G&G Permit to conduct seismic exploration activities is deemed complete.  The proposed survey is designated OCS Permit 17-01.  Review of the proposed activity begins, including National Environmental Policy Act (NEPA) review.  **Application**

Additional information on the proposed survey can be found in the:

**Plan of Operations**

**Wildlife Interaction Plan**

**Marine Mammal Monitoring and Mitigation Plan**