IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants,* <br><br> AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, <br><br> *Intervenor-Defendants.* | No. 3:17-cv-00101-SLG |

**JOINT PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs, Federal Defendants, and Intervenor-Defendants hereby jointly respond to the Court's order directing the parties to file a proposed schedule for summary judgment briefing, Dkt. 45 at 29. Counsel for the parties have conferred via telephone and email.

Taking account of counsels' other responsibilities and commitments, the parties have agreed to the following proposed schedule:

- **May 12, 2018**: Federal Defendants file an answer.

- **June 8, 2018**: Plaintiffs file a motion for summary judgment.

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG    1
Case 3:17-cv-00101-SLG   Document 47   Filed 04/02/18   Page 1 of 7

- **July 18, 2018**: Federal Defendants file a response to Plaintiffs' motion for summary judgment, including or deemed a cross-motion for summary judgment.

- **August 2, 2018**: Intervenor-Defendants file responses to Plaintiffs' motion for summary judgment, including or deemed cross-motions for summary judgment.

- **September 14, 2018**: Plaintiffs file a reply in support of summary judgment.

The parties have discussed additional amendments to the Court's Order re Joint Schedule Proposal, Dkt. 35. They have not reached agreement as to these matters.

Defendants' Position:

- **October 5, 2018**: Federal Defendants file a reply to Plaintiffs.

- **October 12, 2018**: Intervenor-Defendants file replies to Plaintiffs.

Federal Defendants and Intervenor-Defendants contend that additional reply briefs are appropriate and that Local Rule 16.3 is not applicable because this case is not an administrative agency appeal.

Plaintiffs' Position: Plaintiffs' view is that the number and order of briefs on summary judgment was appropriately settled by the Court's Order re Joint Schedule Proposal, Dkt. 35, in keeping with the proposal of all parties and Local

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG 2
Case 3:17-cv-00101-SLG Document 47 Filed 04/02/18 Page 2 of 7

Rule 16.3(c), governing similar proceedings. Both that order and that rule treat a filing by Defendants in response to Plaintiffs' motion for summary judgment as itself a cross-motion for summary judgment. And both allow for a reply only by Plaintiffs. Accordingly, Plaintiffs oppose Defendants' and Intervenor-Defendants' suggestion that the filing of a cross-motion is good grounds for an additional round of reply briefing beyond that allowed by the Court's prior order.

Respectfully submitted this 2nd day of April, 2018.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847)
(*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG    3
Case 3:17-cv-00101-SLG    Document 47    Filed 04/02/18    Page 3 of 7

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*s/ Sarah D. Himmelhoch (consent)*
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

s/ Steven J. Rosenbaum (consent)
Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
rosenbaum@cov.com
bervin@cov.com

James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG         5
Case 3:17-cv-00101-SLG   Document 47   Filed 04/02/18   Page 5 of 7

JAHNA LINDEMUTH
ATTORNEY GENERAL

*s/ Jennifer E. Douglas (consent)*
Bradley E. Meyen
AK Bar No. 8506067
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov

Jennifer E. Douglas
AK Bar No. 1605029
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: jennifer.douglas@alaska.gov

*Attorneys for State of Alaska*

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG        6
Case 3:17-cv-00101-SLG   Document 47   Filed 04/02/18   Page 6 of 7

# CERTIFICATE OF SERVICE

      I hereby certify that on April 2nd, 2018, a copy of foregoing Joint Proposed Summary Judgment Briefing Schedule was served electronically on all counsel of record using the CM/ECF system.

                      *s/ Erik Grafe*
                      Erik Grafe
                      EARTHJUSTICE

JOINT SCHEDULE PROPOSAL
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG     7
Case 3:17-cv-00101-SLG    Document 47    Filed 04/02/18    Page 7 of 7