# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:17-cv-00101-SLG |

## ORDER JOINT SUMMARY JUDGMENT BRIEFING SCHEDULE

Before the Court is the parties' Joint Proposed Summary Judgment Briefing Schedule (Docket 47). The Court hereby APPROVES the schedule as follows:

- **May 12, 2018**: Federal Defendants file an answer.
- **June 8, 2018**: Plaintiffs file a motion for summary judgment.
- **July 18, 2018**: Federal Defendants file a response to Plaintiffs' motion for summary judgment, including or deemed a cross-motion for summary judgment.
- **August 2, 2018**: Intervenor-Defendants file responses to Plaintiffs' motion for summary judgment, including or deemed cross-motions for summary judgment.
- **September 14, 2018**: Plaintiffs file a reply in support of summary judgment.
- **October 5, 2018**: Federal Defendants file a reply to Plaintiffs' reply.
- **October 12, 2018**: Intervenor-Defendants file replies to Plaintiffs' reply.[1]

DATED this 3rd day of April, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] The Court considered each parties' position on this issue and determines that additional replies may be helpful in this case. *See* Docket 47.