Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*, <br><br> AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, <br><br> *Intervenor-Defendants.* | No. 3:17-cv-00101-SLG |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs League of Conservation Voters *et al.* request that this Court to grant summary judgment in their favor. Summary judgment is warranted here because there is no genuine issue as to any material fact and, as described in Plaintiffs' memorandum in support of their motion, they are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). Plaintiffs have standing to challenge President Trump's Order. The Order is unlawful because it trespasses on exclusive congressional power over public lands, violating separation of powers principles. Congress did not delegate any of this power to the President to reverse permanent withdrawals under the Outer Continental Shelf Lands Act. The Court has the power to grant the declaratory and injunctive relief sought here. Equitable considerations favor an injunction, which would remedy Plaintiffs' harm.

Respectfully submitted this 8th day of June, 2018.

> *s/ Erik Grafe*
> Erik Grafe (Alaska Bar No. 0804010)
> Eric P. Jorgensen (Alaska Bar No. 8904010)
> EARTHJUSTICE
>
> Nathaniel S.W. Lawrence (Wash. Bar No. 30847)
> (admitted pro hac vice)
> Nancy S. Marks (N.Y. Bar No. 2121820) (admitted pro hac vice)
> NATURAL RESOURCES DEFENSE COUNCIL

PLS.' MOT. FOR SUMM. J.
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG   1
Case 3:17-cv-00101-SLG   Document 50   Filed 06/08/18   Page 2 of 4

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; Center for Biological Diversity; Greenpeace, Inc.; and The Wilderness Society*

PLS.' MOT. FOR SUMM. J.
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG 2
Case 3:17-cv-00101-SLG Document 50 Filed 06/08/18 Page 3 of 4

CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2018, a copy of foregoing PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 was served electronically on all counsel of record using the CM/ECF system.

                                      *s/ Erik Grafe*
                                      Erik Grafe
                                      EARTHJUSTICE

PLS.' MOT. FOR SUMM. J.
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG    3
Case 3:17-cv-00101-SLG    Document 50    Filed 06/08/18    Page 4 of 4