

Home | Oil & Gas Energy | Leasing

# 2017 - 2022 Lease Sale Schedule

|     | Sale Number | Area | Year |
| --- | --- | --- | --- |
| 1.  | 249 | Gulf of Mexico Region | 2017 |
| 2.  | 250 | Gulf of Mexico Region | 2018 |
| 3.  | 251 | Gulf of Mexico Region | 2018 |
| 4.  | 252 | Gulf of Mexico Region | 2019 |
| 5.  | 253 | Gulf of Mexico Region | 2019 |
| 6.  | 254 | Gulf of Mexico Region | 2020 |
| 7.  | 256 | Gulf of Mexico Region | 2020 |
| 8.  | 257 | Gulf of Mexico Region | 2021 |
| 9.  | 258 | Cook Inlet | 2021 |
| 10. | 259 | Gulf of Mexico Region | 2021 |
| 11. | 261 | Gulf of Mexico Region | 2022 |

## 2017-2022 Quicklinks

2017-2022 Proposed Final Program

2017-2022 Lease Sale Schedule

2017-2022 Maps

2017-2022 Supplemental Documents

Frequently Asked Questions

Case 3:17-cv-00101-SLG   Document 51-8   Filed 06/08/18   Page 1 of 1

Exhibit 8, page 1 of 1