

Home

# 2012 - 2017 Lease Sale Schedule

| Sale Number[1] | Area | Year |
|---|---|---|
| 229 | Western Gulf of Mexico | 2012 |
| 227 | Central Gulf of Mexico | 2013 |
| 233 | Western Gulf of Mexico | 2013 |
| 225 | Eastern Gulf of Mexico[2] | 2014 |
| 231 | Central Gulf of Mexico | 2014 |
| 238 | Western Gulf of Mexico | 2014 |
| 235 | Central Gulf of Mexico | 2015 |
| 246 | Western Gulf of Mexico | 2015 |
| 226 | Eastern Gulf of Mexico | 2016 |
| 241 | Central Gulf of Mexico | 2016 |
| 237 | Chukchi Sea[3] | cancelled |
| 248 | Western Gulf of Mexico | 2016 |
| 244 | Cook Inlet | 2017 |
| 247 | Central Gulf of Mexico | 2017 |
| 242 | Beaufort Sea[3] | cancelled |

Alaska Lease Sales
Gulf of Mexico Lease Sales

[1] As in the PP, the sales are not in numerical order for various reasons. As the 2009 DPP encompassed the 2010-2015 time period, many of the sales listed in that document were carryovers from the latter part of the Five Year Program for 2007-2012 announced in June 2007. These sales were either held, deleted in the December 2010 Revised Program for 2007-2012, or cancelled under the pre-sale process. Those numbers are no longer available for use in this program. Other sales included in the 2009 DPP are no longer being considered for leasing in this PFP and those sale numbers also are not available.

[2] Sales in the Eastern GOM would only include those areas that are not currently subject to moratorium under GOMESA.

[3] Sales cancelled in 2015, see press release.

## Quicklinks

Five Year Program

Comment on the Request for Information for the Development of the 2017-2022 Program

Approved Program (2012-2017)

Annual Progress Report

Programmatic EIS (2012-2017)

Lease Sale Schedule (2012-2017)

Mitigation/Program Tracking Table (2012-2017)

Interactive Maps (2012-2017)

Fact Sheets and Press Releases (2012-2017)

Proposed Final Program (PFP) decision document (2012-2017)

Case 3:17-cv-00101-SLG   Document 51-9   Filed 06/08/18   Page 1 of 1

Exhibit 9, page 1 of 1