

Home | Oil & Gas Energy

# Alaska Lease Sales

Chronological Alaska Lease Sale Summary Table

Beaufort Sea Lease Sale 186. Held in 2003.
Cook Inlet Lease Sale 191. Held May 19, 2004. No bids received.
Chukchi Sea Oil and Gas Lease Sale 193. Held in February 2008.
Beaufort Sea Lease Sale 195. Held in 2003.
Beaufort Sea Lease Sale 202. Held in 2005.
Cook Inlet Oil and Gas Lease Sale 211. Cancelled in 2009 due to lack of industry interest.
North Aleutian Basin Lease Sale 214. On March 31, 2010, the North Aleutian Basin was withdrawn from disposition for leasing through 2017, and this sale was canceled.
Cook Inlet Oil and Gas Lease Sale 219. Cancelled in 2011 due to lack of industry interest.

Case 3:17-cv-00101-SLG   Document 51-10   Filed 06/08/18   Page 1 of 1
Exhibit 10, page 1 of 1