

# Alaska G&G Permits

**Notes:**

• The linked maps depict the maximum area that the permittee may occupy during the course of the survey. The actual survey will occupy a much smaller area.

• Permit applications and action letters earlier than 2005 are available upon request. Contact BOEM Alaska's Resource Evaluation Office at (907) 334-5320.

• Scroll to the bottom for a statistical summary of historical G&G permitting activities in Alaska.

| Permit No. | Area | Permittee | Type of Survey | Permit Issued | Status | Valid Permit Dates |
|---|---|---|---|---|---|---|
| 18-02 | Beaufort | TGS-NOPEC | 3D OBN Seismic | -- | Pending | -- |
| 18-01 | Cook Inlet | Hilcorp Alaska LLC | Aerogravity and Magnetics | -- | Pending | -- |
| 17-01 | Beaufort | SAE | 3D OBN Marine | -- | Withdrawn | |
| 15-02 | Beaufort | SAE | 3D OBN Marine | 08/11/15 | Canceled | 8/11/15-10/15/15 |
| 15-01 | Cook Inlet | SAE | 3D OBN Marine | 03/06/15 | No OCS Activity | 03/06/15- 10/14/15 |
| 14-05 | Chukchi | TGS | 2D Marine | -- | Withdrawn | -- |
| 14-04 | Cook Inlet | SAE | 3D OBN Marine | -- | Deferred to 2015 | -- |
| 14-03 | Beaufort | BPXA | 3D OBN Marine | 05/12/14 | Completed | 06/01/14- 09/30/14 |
| 14-02 | Beaufort | SAExploration | 3D OBN Marine | 07/18/14 | No OCS Activity | 07/18/14-10/15/14 |
| 14-01 | Beaufort | SAExploration | 3D on ice | 02/24/14 | Completed | 02/24/14 - 05/31/14 |
| 13-03 | Beaufort | SAExploration | 3D OBN marine | N/A | Withdrawn | N/A |
| 13-02 | Chukchi | TGS | 2D marine | 08/05/13 | Completed | 08/05/13 - 10/31/13 |
| 13-01 | Beaufort | BPXA | 3D OBC marine | N/A | Withdrawn | N/A |
| 12-02 | Norton | AuruMar Alaska | High Resolution | 08/31/12 | Completed | 08/31/12-12/31/12 |
| 12-01 | Beaufort | ION Geophysical | 2D seismic | 10/12/12 | Completed | 10/12/12-12/15/12 |
| 11-01 | Beaufort | ION Geophysical | 2D Seismic | -- | Withdrawn | -- |
| 10-03 | Beaufort | ION Geophysical | 2D Seismic | 09/13/10 | Canceled | 09/25/10-12/15/10 |
| 10-02 | Chukchi | TGS-NOPEC Geophysical Company | 2D Seismic | -- | Withdrawn | -- |
| 10-01 | Chukchi | Statoil USA E&P Inc. | 3D Seismic | 08/05/10 | Completed | 08/05/10-11/30/10 |
| 09-01 | Beaufort | CGG Veritas | 3D Seismic Over Ice | 01/09/09 | Canceled | 01/19/09-05/31/09 |
| 08-05 | Beaufort | BP Exploration (Alaska), Inc. | 3D Seismic | 03/13/08 | Completed | 03/13/08-11/01/08 |
| 08-04 | Beaufort | Shell Offshore Inc. | 3D Seismic | 02/15/08 | Completed | 02/15/08-11/15/08 |
| 08-03 | Chukchi | Shell Offshore Inc. | 3D Seismic | 02/15/08 | Completed | 2/15/08-11/30/08 |
| 08-02 | Beaufort | Shell Offshore Inc. | 3D Seismic Over Ice | 12/07/07 | Canceled | 03/01/08-05/31/08 |
| 08-01 | Chukchi | GX Technology Corp. | 2D Seismic | -- | Withdrawn | -- |

| Permit | Area | Company | Type | Date | Status | Period |
|---|---|---|---|---|---|---|
| 07-09 | Beaufort | Shell Offshore Inc. | HRD | 07/13/07 | Completed | 07/13/07-11/30/07 |
| 07-08 | Cook Inlet | Hemis Corporation | Geologic-Prospecting | 06/12/07 | Completed | 06/12/07-09/30/07 |
| 07-07 | Chukchi | GX Technology Corp. | 2D Seismic | -- | Deferred to 2008 | -- |
| 07-06 | Beaufort | ConocoPhillips | 3D Seismic | -- | Withdrawn | -- |
| 07-05 | Chukchi | ConocoPhillips | 3D Seismic | -- | Withdrawn | -- |
| 07-04 | Beaufort | Shell Offshore Inc. | 3D Seismic | 07/13/07 | Completed | 07/13/07-11/30/07 |
| 07-03 | Chukchi | Shell Offshore Inc. | 3D Seismic | 07/13/07 | Completed | 07/13/07-11/30/07 |
| 07-02 | Beaufort | Shell Offshore Inc. | 3D Seismic Over Ice | 02/06/07 | Completed | 03/10/07-05/10/07 |
| 07-01 | Chukchi | TGS-NOPEC Geophysical | 2D Seismic, Gravity | -- | Withdrawn | -- |
| 06-04 | Chukchi | GX Technology Corporation | 2D Seismic, Gravity, Magnetics | 06/20/06 | Completed | 06/20/06-11/30/06 |
| 06-03 | Beaufort | Shell Offshore, Inc. | 3D Seismic | 06/29/06 | Canceled | 06/29/06-11/15/06 |
| 06-02 | Chukchi | Shell Offshore, Inc. | 3D Seismic | 06/20/06 | Completed | 06/20/06-11/15/06 |
| 06-01 | Chukchi | ConocoPhillips Alaska, Inc. | CDP-3D | 06/20/06 | Completed | 6/20/06-11/30/06 |
| 05-01 | Cook Inlet | Veritas DGC Cosmopolitan Project | 3D Seismic | 07/21/05 | Completed | 07/21/05-11/15/05 |
| 04-01 | Beaufort | Veritas DGC | 3D Seismic Over Ice | 04/02/04 | Canceled | 04/02/04-05/31/04 |
| 03-01 | Beaufort | Fairweather Geophysical/Veritas DGC | CDP-3D Over Ice | 12/06/02 | Canceled | 12/06/02-05/31/03 |
| 01-02 | Beaufort | WGC | CDP-3D | 06/15/01 | Canceled | 06/15/01-10/31/01 |
| 01-01 | Beaufort | Fairweather Geophysical, LLC | CDP-3D Over Ice | 03/06/01 | Canceled | 03/06/01-05/31/01 |
| 00-02 | Beaufort | WGC | CDP-3D | 06/27/00 | Completed | 06/27/00-10/31/00 |
| 00-01 | Beaufort | WGC | CDP-2D/3D Over Ice | 10/25/99 | Completed | 10/25/99-5/31/00 |
| 99-02 | Beaufort | WGC | CDP-3D (OBC) | 06/14/99 | Completed | 06/14/99-11/30/99 |
| 99-01 | Beaufort | WGC | CDP-3D Over Ice | 12/02/98 | Canceled | 12/2/98-05/31/99 |
| 98-05 | Beaufort | WAI | CDP-3D (OBC) | 07/21/98 | Completed | 07/21/98-11/30/98 |
| 98-03 | Beaufort | WAI/ Anadarko | CDP Over Ice | 12/08/97 | Canceled | 12/08/97-05/31/98 |
| 98-02 | Beaufort | ARCO | CDP-3D Over Ice | 10/09/97 | Completed | 10/09/97-05/31/98 |
| 98-01 | Beaufort | ARCO | CDP-3D Over Ice | 10/09/97 | Canceled | 10/09/97-05/15/98 |