


Home | Regions

# Currently submitted Atlantic OCS Region Permits

The following companies have submitted Geological and Geophysical permits in the Atlantic. BOEM is currently in the process of reviewing those permits. Before the permits can be issued, careful environmental analysis is done to ensure the safety of the marine ecosystem.

**Permits Under Review**

- ABI Holdings Limited (Austin Exploration) - Permit Number E18-001
- TGS - Permit Number E14-001
- GX Technology Corporation - Permit Number E14-003
- WesternGeco LLC - Permit Number E14-004
- CGG Services (US) Inc. - Permit Number E14-005
- Spectrum Geo Inc. - Permit Number E14-006
- PGS - Permit Number E14-007
- TDI-Brooks International, Inc. - Permit Number E14-010

**Expired Permits**

- **NEOS GeoSolutions Inc.** - Permit Number E15-002
  Approved Permit | Application for Permit

- **ARKeX Limited** - Permit Number E14-008
  Approved Permit **(Expired)** | Application for Permit

**Withdrawn Permits**

- Spectrum Geo Inc. - Permit Number E14-009
- SeaBird Exploration Americas, Inc. - Permit Number E14-002
- GX Technology Corporation - Permit Number E15-001

# Quicklinks

Record of Decision (ROD)

About the Decision

Protective Measures

Permitting Process

Types of Technologies

Case 3:17-cv-00101-SLG    Document 51-12    Filed 06/08/18    Page 1 of 1

Exhibit 12, page 1 of 1