www.iagc.org

# News Release



International Association of
Geophysical Contractors
***Contact:*** Gail Adams
Vice President, Communications & External Affairs
gail.adams@iagc.org
713-957-8080 – office
281-702-4201– mobile

**FOR IMMEDIATE RELEASE**
April 28, 2017

**IAGC Applauds Administration's First Step to Expand Offshore Exploration, Streamline Seismic**

***Houston, TX*** *– The International Association of Geophysical Contractors (IAGC) President Nikki Martin, today issued the following statement on President Trump's Executive Order calling for the review of federal offshore energy development.*

"The IAGC commends President Trump's Executive Order to review offshore oil and gas leasing plans.  The Administration's decision will lead to opening new areas for exploration and development, where stunningly 94 percent of the Nation's waters are currently off limits, and reflects its recognition of the importance of the oil and gas industry to the U.S. economy and long-term security.

"The President has made a significant move in the right direction in correcting the failed energy policies of the previous Administration.  Today's action demonstrates a commitment to national energy security, rational decision making based on a clear-eyed review of the best available science, and continued economic well-being of this nation by opening new offshore areas for exploration, streamlining the seismic permitting process, and halting the expansion of restrictive and useless sanctuary designations.

"And while the President has taken some significant strides in turning things around, this Administration still has much work to do to reverse the trend of the previous eight years, if the nation is to have a firm foundation when it comes to energy policy.  Following President Trump's action today, we urge the Commerce and Interior Departments to revoke the previous Administration's arbitrary decision to deny Atlantic seismic permits and put in place commonsense protocols for timely decisions on permit applications.

"It is still of the utmost importance that we allow offshore seismic surveys to be conducted, without delay, in the Atlantic and other frontier areas, to allow for informed decisions as a new five-year lease plan is developed. The resulting geophysical data would provide much-needed updated and environmentally safe assessments of the oil and natural gas reserves, enabling policymakers to make effective and strategic decisions whether to open areas for leasing."

**Exhibit 20, page 1 of 2**

###

**About the IAGC**

The IAGC represents more than 125 member companies worldwide from all segments of the geophysical industry and is the only trade organization solely dedicated to representing the industry.  It is the leader in geophysical technical and operations expertise and for more than 45 years, the IAGC has worked to optimize the business and regulatory climate and enhances public understanding to support a strong, viable geophysical industry essential to discovering and delivering the world's energy resources.