


Home | Regions

# Alaska Region G&G Survey 18-02

TGS-NOPEC

Beaufort Sea, 2018

**SUMMARY**

TGS-NOPEC submitted an application for a permit to conduct geophysical exploration for mineral resources using an ocean bottom node system to collect 3D seismic data survey over the waters of the Beaufort Sea OCS Planning Area, Alaska. The proposed program is to start July 15 and be completed by October 31, 2018 Survey Area Map

**CHRONOLOGY**

**2018**

| | |
|---|---|
| May 21 | Comment period on EA closes. |
| May 11 | BOEM opens a public comment period for an EA to be prepared relating to G&G permit application 18-02. TGS's proposed seismic survey would acquire data on approximately 620 square miles of OCS waters under BOEM jurisdiction. The survey would be conducted in phases, over multiple years (2018 – 2020) between approximately July 1 and Oct. 31.<br><br>BOEM will prepare an EA specific to the permit application and is inviting the public to comment on issues that should be considered. Comments will be accepted until 11:59 p.m. Eastern Time on Monday, May 21, 2018. To comment, go to: regulations.gov |
| Apr 09 | The application submitted by TGS-NOPEC, to BOEM's Alaska Region for a permit is deemed complete.<br><br>The proposed survey is designated OCS Permit 18-02. Review of the proposed activity begins, including National Environmental Policy Act (NEPA) review and additional information on the proposed survey. |
| Apr 03 | Application<br>18-02 TGS Beaufort Plan of Operations<br>BOEM received an Application for a Permit to Conduct Geophysical (G&G) Exploration for Mineral Resources on the Outer Continental Shelf (OCS) from TGS-NOPEC. TGS plans to conduct a 3D OBN seismic data acquisition program in the Beaufort Sea OCS Planning Area, Alaska. |

Case 3:17-cv-00101-SLG   Document 51-39   Filed 06/08/18   Page 1 of 1

Exhibit 39, page 1 of 1