IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>DONALD J. TRUMP *et al.*, </br></br>*Defendants*, </br></br>AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, </br></br>*Intervenor-Defendants.* | No. 3:17-cv-00101-SLG |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDICIAL NOTICE PURSUANT TO LOCAL RULE 7.1(d) AND FEDERAL RULE OF EVIDENCE 201

The Court hereby GRANTS Plaintiffs' Motion for Judicial Notice Pursuant to Local Rule 7.1(d) and Federal Rule of Evidence 201, and takes judicial notice of Exhibits 1 to 20 and 38 to 39 (Dkt. 51-1 to 51-20, 51-38 to 51-39) to the Memorandum in Support of Plaintiffs' Motion for Summary Judgment (Dkt. 51).

SO ORDERED this _____ day of June, 2018.

_____
SHARON L. GLEASON
United States District Judge

1