IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:17-cv-0101 SLG |

## ORDER RE MOTION FOR JUDICIAL NOTICE

The Court hereby GRANTS Plaintiffs' Motion for Judicial Notice Pursuant to Local Rule 7.1(d) and Federal Rule of Evidence 201 (Docket 52) (unopposed), and takes judicial notice of Exhibits 1 to 20 and 38 to 39 (Docket 51-1 to 51-20, 51-38 to 51-39) to the Memorandum in Support of Plaintiffs' Motion for Summary Judgment (Docket 51).

DATED this 10th day of July, 2018 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE