# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101-SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

AND NOW, this ____ of _____, 2018, upon consideration of the parties' cross-motions for summary judgment, the supporting papers, and any oral argument, it is HEREBY ORDERED as follows:

Plaintiffs' Motion for Summary Judgment is DENIED.

Defendants' Motion for Summary Judgment is GRANTED.

A final judgment will issue.

_____
SHARON L. GLEASON
United States District Judge