JAHNA LINDEMUTH
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
      jennifer.douglas@alaska.gov

Attorneys for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEGUE OF CONSERVATION VOTERS, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      Defendants, | Case No. 3:17-cv-00101-SLG |

## [PROPOSED] ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT

Following consideration of the arguments raised by the parties' cross-motions for summary judgment, it is hereby ordered that Plaintiffs' Motion for Summary Judgment is denied. Defendants' and Defendant-Intervenor State of Alaska's Motions for Summary Judgment are granted.

SO ORDERED this _____ day of _____, 2018.

                                                                  _____
                                                                  SHARON L. GLEASON
                                                                  United States District Judge