JEFFREY WOOD
Acting Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General

SARAH D. HIMMELHOCH (MD Bar. No. 199212160064)
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101-SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE IN SUPPORT OF
DEFENDANT INTERVENOR AMERICAN PETROLEUM INSTITUTE'S MOTION
FOR HEARING**

Defendants, the President of the United States and the Secretaries of Commerce and the Interior, file this response in support of the Defendant-Intervenor American Petroleum Institute's motion for a hearing on the parties' cross-motions for summary judgment. As Defendant-Intervenor notes, the briefing in this matter has been extensive and the Plaintiffs seek broad

1

relief. For these reasons, Defendants believe the interests of justice would be served by providing the parties' an opportunity to address the Court at oral argument.

Accordingly, Defendants respectfully request that this Court grant the Defendant-Intervenor's motion for a hearing.

Dated: October 12, 2018

Respectfully submitted,

JEFFREY WOOD
Acting Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General
Environment & Natural Resources Division

_____/s/_____
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on October 12, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

_____/s/_____
Sarah D. Himmelhoch
*Attorney for Defendants*