JEFFREY WOOD
Acting Assistant Attorney General

ERIC GRANT
Deputy Assistant Attorney General
(DC Bar No. 451107)
SARAH D. HIMMELHOCH
(MD Bar No. 199212160064)
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101- SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Jeffrey H. Wood, Acting Assistant Attorney General, Environment and Natural Resources Division, on behalf of the Federal Defendants.

Dated: October 23, 2018

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Sarah D. Himmelhoch

ERIC GRANT
Deputy Assistant Attorney General
(DC Bar No. 451107)
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel
JAMES D. GETTE
Principal Deputy Chief
GUILLERMO MONTERO
Assistant Chief
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

## Certificate of Service

I hereby certify that on October 23, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

/s/
Sarah D. Himmelhoch
*Attorney for Federal Defendants*