UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS ET AL., <br><br> Plaintiff(s), <br> vs. <br> DONALD J. TRUMP ET AL., <br><br> Defendant(s). | Case No. 3:17-cv-00101-SLG <br><br> MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Jacqueline M. Iwata, hereby apply for permission to appear and
(name)
participate as counsel for League of Conservation Voters et al., Plaintiffs,
(Name of party)                                                      (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
                                       (Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 23, 2018

/s/ Jacqueline M. Iwata
(Signature)

Jacqueline M. Iwata
(Printed Name)

1152 15th Street NW Suite 300
(Address)

Washington, DC 20005
(City/State/Zip)

202-289-2377
(Telephone Number)

jiwata@nrdc.org
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Jacqueline M. Iwata

Business Address: 1152 15th Street NW, Washington, DC 20005
(Mailing/Street) (City, State, ZIP)

Residence: 1509 Q Street NW, Washington, DC 20009
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202-289-2377    e-mail address: jiwata@nrdc.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

See attached list

| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 23, 2018

_____
(Signature of Applicant)



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JACQUELINE M. IWATA*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Jacqueline M. Iwata, #304377, was on the 12th day of June 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 23rd day of October 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk

I have been admitted to the following jurisdictions in the year indicated, and have been at all times a member in good standing thereafter:

Supreme Court of California
350 McAllister Street
San Francisco, CA 94102
Admitted: 2015

District of Columbia Bar
901 4th Street, NW
Washington, DC 20001
Admitted: 2017

United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103
Admitted: 2017

United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
Admitted: 2017

United States District Court for the Central District of California
255 East Temple Street
Los Angeles, CA 90012
Admitted: 2017

      s/
Jacqueline M. Iwata (DC Bar No. 1047984) (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Center for Biological Diversity; Defenders of Wildlife; Greenpeace, Inc.; Northern Alaska Environmental Center; Resisting Environmental Destruction on Indigenous Lands; and The Wilderness Society

ATTACHMENT
*League of Conservation Voters et al. v. Trump et al.*,
Case No. 3:17-cv-00101-SLG

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, a copy of foregoing MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT O ALASKA was served electronically on all counsel of record using the CM/ECF system.

/s/
Jacqueline M. Iwata

ATTACHMENT
*League of Conservation Voters et al. v. Trump et al.,*
Case No. 3:17-cv-00101-SLG