James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 3:17-cv-00101 (SLG) |

**(proposed) ORDER GRANTING UNOPPOSED MOTION FOR SCHEDULING NOVEMBER 9, 2018 ORAL ARGUMENT**

(proposed) Order Granting Unopposed Motion for Scheduling November 9, 2018 Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Page 1 of 3

Case 3:17-cv-00101-SLG   Document 73-1   Filed 10/26/18   Page 1 of 3

Intervenor-Defendant American Petroleum Institute ("API") having moved unopposed for an order scheduling the November 9, 2018 oral argument on the parties' cross-motions for summary judgment at 10:00 a.m., rather than at 2:00 p.m., as currently scheduled, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. Oral Argument will be held at 10:00 a.m. on November 9, 2018.

Dated:_____      _____
                            SHARON GLEASON
                            United States District Judge

(proposed) Order Granting Unopposed Motion for Scheduling November 9, 2018 Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Page 2 of 3

Case 3:17-cv-00101-SLG    Document 73-1    Filed 10/26/18    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, I caused a true and correct copy of the foregoing to be filed with the Court electronically and served by the Court's CM/ECF System upon the following:

Erik Grafe
Earthjustice
441 W. 5th Ave., Suite 301
Anchorage, AK 99501
Email: egrafe@earthjustice.org

Eric P. Jorgensen
Earthjustice
325 Fourth Street
Juneau, AK 99801
Email: ejorgensen@earthjustice.org

Nathaniel S.W. Lawrence
Natural Resources Defense Council
3723 Holiday Drive, SE
Olympia, WA 98501
Email: nlawrence@nrdc.org

Nancy S. Marks
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Email: nmarks@nrdc.org

Jacqueline M. Iwata
1152 15th Street NW Suite 300
Washington, D.C. 20005
jiwata@nrdc.org

*Counsel for Plaintiffs*

Jeffrey H. Wood
Acting Asst. Attorney General
Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004
Tel: 202-514-0180
Fax: 202-514-0057
Email: sarah.himmelhoch@usdoj.gov

*Counsel for Federal Defendants*

                                              */s/ James D. Linxwiler*
                                              James D. Linxwiler

(proposed) Order Granting Unopposed Motion for Scheduling November 9, 2018 Oral Argument
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Page 3 of 3

Case 3:17-cv-00101-SLG   Document 73-1   Filed 10/26/18   Page 3 of 3