KEVIN G. CLARKSON
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Jennifer E. Douglas (AK Bar No. 1605029)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov
	jennifer.douglas@alaska.gov

Attorneys for State of Alaska

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEGUE OF CONSERVATION VOTERS, *et al.*,<br><br>      Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      Defendants, | Case No. 3:17-cv-00101-SLG |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Assistant Attorney General Jennifer E. Douglas should be removed as counsel in the above-captioned matter. Bradley E. Meyen, Senior Assistant Attorney General, should remain as counsel of record on behalf of Defendant-Intervenor, State of Alaska. Copies of all notices, motions, and pleadings should continue to be sent to Bradley E. Meyen electronically via the Court's CM/ECF system.

DATED: February 13, 2019.

            KEVIN G. CLARKSON
            ATTORNEY GENERAL

            By: /s/ Jennifer E. Douglas
               Bradley E. Meyen
               (AK Bar No. 8506067)
               Jennifer E. Douglas
               (AK Bar No. 1605029)
               Assistant Attorneys General
               Department of Law
               1031 West Fourth Avenue, Suite 200
               Anchorage, AK 99501
               Telephone: (907) 269-5232
               Facsimile: (907) 276-3697
               Email: brad.meyen@alaska.gov
                  jennifer.douglas@alaska.gov

## CERTIFICATE OF SERVICE

I certify that on February 13, 2019, the foregoing was served electronically on all parties via CM/ECF.

               /s/ Jennifer E. Douglas
               Jennifer E. Douglas
               Assistant Attorney General

*League of Conservation Voters, et al. v. Trump, et al.*  Case No. 3:17-cv-00101-SLG
Notice of Withdrawal of Counsel            Page 2 of 2
Case 3:17-cv-00101-SLG  Document 77  Filed 02/13/19  Page 2 of 2