JEFFREY CLARK
Assistant Attorney General

SARAH D. HIMMELHOCH
(MD Bar. No. 199212160064)
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101- SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

### NOTICE OF ERRATA TO
### FEDERAL DEFENDANTS' REPLY IN SUPPORT OF
### THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
### PROCEDURE 12(b)

On October 2, 2017, the Federal Defendants filed a reply in support of their motion to dismiss (Rec. Doc. 38). In that brief, these defendants stated that "the only operators to apply for seismic survey permits propose to conduct these activities in areas offshore the mid-Atlantic coastal states, far from the area in the Atlantic withdrawn by President Obama." *See* Rec. Doc. 38 at 5. On March 19, 2018, this Court denied the Defendants' Motion to Dismiss.

Subsequently, the Federal Defendants became aware that the quoted language in their reply brief was factually incorrect. While the court's ruling did not suggest that it relied on that misstatement, we nonetheless wish to correct the record. At the time the misstatement was made there were pending survey permit applications before the agency which included survey lines extending over three of the twenty-six canyons that were part of the Atlantic area withdrawn by President Obama. Those permit applications are currently under review by BOEM.

Dated: February 28, 2019

Respectfully submitted,

JEFFREY CLARK
Assistant Attorney General
Environment & Natural Resources Division

/s/

SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorney for Federal Defendants*

## Certificate of Service

I hereby certify that on February 28, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

/s/
Sarah D. Himmelhoch
*Attorney for Federal Defendants*