# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LEAGUE OF CONSERVATION VOTERS, et al.,
    Plaintiffs,

v.

Case Number 3:17-cv-00101-SLG

DONALD J. TRUMP, et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA,
    Intervenor-Defendants.

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That Plaintiffs' motion for summary judgment at Docket 50 is GRANTED.
Federal Defendants' motion, API's cross-motion, and Alaska's motion for summary judgment at Dockets 55, 58, and 60, respectively, are DENIED.
Section 5 of Executive Order 13795 is hereby VACATED. Plaintiffs' additional request for injunctive relief is DENIED.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: April 1, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
    Lesley K. Allen
    Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}