JEFFREY CLARK
Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General

SARAH D. HIMMELHOCH (MD Bar. No. 199212160064)
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101-SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

Defendants President Donald J. Trump, Secretary of the Interior David Bernhardt,[1] and Secretary of Commerce Wilbur Ross hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment In A Civil Case (Document 81) entered on April 1, 2019, the

---

[1] Substituted by operation of Rule 25(d) of the Federal Rules of Civil Procedure for Ryan Zinke.

1

Order (Document No. 80) on motion and cross motion for summary judgment, filed on March 29, 2019, and the Order (Document No. 45) on motions to dismiss, filed on March 19, 2018.

| | |
|---|---|
| Dated: May 28, 2019 | Respectfully submitted,<br>JEFFREY CLARK<br>Assistant Attorney General<br>Environment & Natural Resources Division |

_____*s/s*_____
SARAH D. HIMMELHOCH
MD Bar. No. 199212160064
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0057
sarah.himmelhoch@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on March 28, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

/s/
_____
Sarah D. Himmelhoch
*Attorney for Defendants*