JEFFREY CLARK
Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General

SARAH D. HIMMELHOCH (MD Bar. No. 199212160064)
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-0180
Facsimile: (202) 514-0097
sarah.himmelhoch@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEAGUE OF CONSERVATION VOTERS**, et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-00101-SLG |
| v. | ) |
| **DONALD J. TRUMP**, et al., | ) |
| Defendants. | ) |

**Defendants-Appellants**, President Donald J. Trump, Secretary of the Interior David Bernhardt, and Secretary of Commerce Wilbur Ross are represented by:

Sarah Dale Himmelhoch
Justin Heminger
Senior Litigation Counsel
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
Telephone: 202-514-0180

Facsimile: 202-514-0097
Email: sarah.himmelhoch@usdoj.gov.

**Defendants-Intervenor** Alaska is represented by:

Bradley E. Meyen
AK Bar No. 8506067
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov

and

Jennifer E. Douglas
AK Bar No. 1605029
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: jennifer.douglas@alaska.gov


**Defendant-Intervenor** American Petroleum Institute is represented by:

James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

and

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
Covington & Burling LLP
One CityCenter

2

850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

**Plaintiffs-Appellees** League of Conservation Voters, Natural Resources Defense Council, Sierra Club, Alaska Wilderness League, Center for Biological Diversity, Defenders of Wildlife, Norther Alaska Environmental Center, Resisting Environmental Destruction on Indigenous Lands, Greenpeace, Inc., and The Wilderness Society are represented by:


Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

and

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org
Nancy S. Marks (N.Y. Bar No. 2121820) (*admitted pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
11th Floor
New York, NY 10011
T: 212.727.2700 / F: 415.795.4799
E: nmarks@nrdc.org

Dated: May 28, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JEFFREY CLARK
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　SARAH D. HIMMELHOCH
　　　　　　　　　　　　　　　　　　　　　MD Bar. No. 199212160064
　　　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　　601 D Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 514-0180
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-0057
　　　　　　　　　　　　　　　　　　　　　sarah.himmelhoch@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## **Certificate of Service**

I hereby certify that on March 28, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide service to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　Sarah D. Himmelhoch
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*