James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 3:17-cv-00101 (SLG) |

### INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S
### NOTICE OF APPEAL

Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 1 of 6

NOTICE IS HEREBY GIVEN that Intervenor-Defendant American Petroleum Institute ("API") hereby appeals to the United States Court of Appeals for the Ninth Circuit from, without limitation, the United States District Court for the District of Alaska's March 19, 2018 Order denying the defendants' and intervenor-defendants' motions to dismiss (Dkt. No. 45) and March 29, 2019 Order on the parties' cross-motions for summary judgment (Dkt. No. 80).

The United States District Court for the District of Alaska's Orders became final and appealable on April 1, 2019, upon entry of the Judgment (Dkt. No. 81) from which API hereby appeals.

API's Representation Statement is attached to this Notice as required by Circuit Rule 3-2(b).

Dated: May 28, 2019

Respectfully submitted,

 */s/ James D. Linxwiler*
James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.
1029 W. 3rd Ave. #400
Anchorage, AK 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
jlinxwiler@guessrudd.com
crankin@guessrudd.com

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

1

Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 2 of 6

# REPRESENTATION STATEMENT

The undersigned represent Intervenor-Defendant American Petroleum Institute ("API"), and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), API submits this representation statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| Parties | Counsel of Record |
| --- | --- |
| Plaintiffs League of Conservation Voters, Natural Resources Defense Council, Sierra Club, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, Resisting Environmental Destruction on Indigenous Lands, Center for Biological Diversity, Greenpeace, Inc., and The Wilderness Society | Erik Grafe<br>Earthjustice<br>441 W. 5th Ave., Suite 301<br>Anchorage, AK 99501<br>Tel: 907-277-2500<br>Fax: 907-277-1390<br>Email: egrafe@earthjustice.org<br><br>Eric P. Jorgensen<br>Earthjustice<br>325 Fourth Street<br>Juneau, AK 99801<br>Tel: 907-586-2751<br>Fax: 907-463-5891<br>Email: ejorgensen@earthjustice.org<br><br>Jacqueline Miya Iwata<br>Natural Resources Defense Council<br>1152 15th Street, NW, Suite 300<br>Washington, DC 20005<br>Tel: 202-289-2377<br>Fax: 415-795-4799<br>Email: jiwata@nrdc.org<br><br>Nancy S. Marks<br>Natural Resources Defense Council<br>40 West 20th Street, 11th Floor<br>New York, NY 10011<br>Tel: 212-727-2700<br>Email: nmarks@nrdc.org |

2

Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 3 of 6

|  | Nathaniel S.W. Lawrence<br>Natural Resources Defense Council<br>3723 Holiday Drive, SE<br>Olympia, WA 98501<br>Tel: 360-534-9900<br>Fax: 360-534-9909<br>Email: nlawrence@nrdc.org |
|---|---|
| Defendants Donald J. Trump, President of the United States; David Bernhardt, Secretary of the Interior; and Wilbur Ross, Secretary of Commerce | Eric Grant<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Room 2611<br>Washington, DC 20530<br>Tel: 202-514-0943<br>Fax: 202-514-0557<br>Email: eric.grant@usdoj.gov<br><br>Sarah D. Himmelhoch<br>Senior Litigation Counsel for E-Discovery<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>601 D Street, N.W.<br>Washington, D.C. 20004<br>Tel: 202-514-0180<br>Fax: 202-514-4180<br>Email: sarah.himmelhoch@usdoj.gov |
| Intervenor-Defendant American Petroleum Institute | James D. Linxwiler<br>Christina A. Rankin<br>Guess & Rudd P.C.<br>1029 W. 3rd Ave. #400<br>Anchorage, AK 99501<br>Tel: (907) 793-2200<br>Fax: (907) 793-2299<br>jlinxwiler@guessrudd.com<br>crankin@guessrudd.com<br><br>Steven J. Rosenbaum<br>Bradley K. Ervin<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Tel: (202) 662-5568 |

3

Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 4 of 6

|  | Fax: (202) 778-5568<br>srosenbaum@cov.com<br>bervin@cov.com |
|---|---|
| Intervenor-Defendant State of Alaska | Bradley Edward Meyen<br>State of Alaska, Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Tel: 907-269-5283<br>Fax: 907-279-8644<br>Email: Bradley.Meyen@alaska.gov |

Dated: May 28, 2019

Respectfully submitted,

*/s/ James D. Linxwiler*
James D. Linxwiler (Alaska Bar No. 7705185)
Christina A. Rankin (Alaska Bar No. 0306034)
Guess & Rudd P.C.

Steven J. Rosenbaum (*Pro hac vice*)
Bradley K. Ervin (*Pro hac vice*)
COVINGTON & BURLING LLP

*Attorneys for Intervenor-Defendant American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2019, I caused a true and correct copy of the foregoing Notice of Appeal to the United States Court of Appeals for the Ninth Circuit and Representation Statement to be filed with the Court electronically and served by the Court's CM/ECF System upon the following:

| | |
|---|---|
| Erik Grafe<br>Earthjustice<br>441 W. 5th Ave., Suite 301<br>Anchorage, AK 99501<br>Tel: 907-277-2500<br>Fax: 907-277-1390<br>Email: egrafe@earthjustice.org | Sarah D. Himmelhoch<br>Senior Litigation Counsel for E-Discovery<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>601 D Street, N.W.<br>Washington, D.C. 20004<br>Tel: 202-514-0180 |

4
Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 5 of 6

Eric P. Jorgensen
Earthjustice
325 Fourth Street
Juneau, AK 99801
Tel: 907-586-2751
Fax: 907-463-5891
Email: ejorgensen@earthjustice.org

Jacqueline Miya Iwata
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
Tel: 202-289-2377
Fax: 415-795-4799
Email: jiwata@nrdc.org

Nathaniel S.W. Lawrence
Natural Resources Defense Council
3723 Holiday Drive, SE
Olympia, WA 98501
Tel: 360-534-9900
Email: nlawrence@nrdc.org

Nancy S. Marks
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Tel: 212-727-2700
Email: nmarks@nrdc.org

*Counsel for Plaintiffs*

Fax: 202-514-4180
Email: sarah.himmelhoch@usdoj.gov

Eric Grant
U.S. Department of Justice
950 Pennsylvania Ave., NW
Room 2611
Washington, DC 20530
Tel: 202-514-0943
Fax: 202-514-0557
Email: eric.grant@usdoj.gov

*Counsel for Federal Defendants*

Bradley Edward Meyen
State of Alaska, Office of the Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
Tel: 907-269-5283
Fax: 907-279-8644
Email: Bradley.Meyen@alaska.gov

*Counsel for Intervenor-Defendant State of Alaska*

    */s/ James D. Linxwiler*
    James D. Linxwiler

5
Notice of Appeal and Representation Statement
*League of Conservation Voters, et al., v. Trump, et al.,* No. 3:17-cv-00101 (SLG)
Case 3:17-cv-00101-SLG   Document 83   Filed 05/28/19   Page 6 of 6