KEVIN G. CLARKSON
ATTORNEY GENERAL
Bradley E. Meyen (AK Bar No. 8506067)
Sr. Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: brad.meyen@alaska.gov

Attorney for State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*, | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | )<br>) Case No. **3:17-cv-00101-SLG** |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| *Defendants,* | ) **DEFENDANT-INTERVENOR**<br>) **STATE OF ALASKA'S** |
| STATE OF ALASKA, | ) **NOTICE OF APPEAL**<br>) |
| *Intervenor-Defendant*, | )<br>) |
| AMERICAN PETROLEUM INSTITUTE, | )<br>)<br>) |
| *Intervenor-Defendant.* | ) |

The State of Alaska hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case (Dkt. 81) entered on April 1, 2019, the Order (Dkt. 80) on motion and cross-motion for summary judgment, filed on March 29, 2019, and the Order (Dkt. 45) on motions to dismiss, filed on March 19, 2018.

DATED: May 28, 2019.

                              KEVIN G. CLARKSON
                              ATTORNEY GENERAL

              By:    /s/ Bradley_E. Meyen_____

                      Bradley E. Meyen
                      AK Bar No. 8506067
                      Senior Assistant Attorney General
                      Department of Law
                      1031 West Fourth Avenue, Suite 200
                      Anchorage, AK  99501
                      Phone: (907) 269-5232
                      Facsimile: (907) 276-3697
                      Email:  brad.meyen@alaska.gov

## CERTIFICATE OF SERVICE

I certify that on May 28, 2019 the foregoing was served electronically on all parties via CM/ECF.

                              /s/Bradley E. Meyen_____

                              Bradley E. Meyen
                              Senior Assistant Attorney General

*League of Conservation Voters, et al. v. Trump, et al.*    Case No. 3:17-cv-00101-SLG
State of Alaska's Notice of Appeal    Page 2 of 2

Case 3:17-cv-00101-SLG   Document 84   Filed 05/28/19   Page 2 of 2