# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____19-35461_____  U.S. District Court #_____3:17-cv-00101-SLG_____

Short Case Title _____League of Conservation Voters v. Trump_____

Date Notice of Appeal Filed by Clerk of District Court _____05/29/2019_____

*Section A - To Be completed by Party Ordering Transcript*

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 11/08/2017 and 11/09/2018 | Sonya L. Reeves | OTHER |

*(Attach Additional Page for Designations if Necessary)*

(×) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I am filing a completed USDCA-435, Transcript Order Form, in addition to this designation for purposes of ordering the transcript(s).*

(×) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____06/27/2019_____   Estimated Date for Completion _____

Signature of Attorney _____   Phone Number _____(907) 793-2200_____

Address _____1029 W. 3rd Ave. #400_____

_____Anchorage, AK 99501_____

*Section B - To Be Completed by Court Reporter*

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date _____

*Section C - To Be Completed by Court Reporter*

   Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)