AO 435
(Rev. 04/18)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Christina A. Rankin | 2. PHONE NUMBER<br>(907) 793-2200 | 3. DATE<br>06/27/2019 |

| 4. MAILING ADDRESS<br>1029 W. 3rd Ave. #400 | 5. CITY<br>Anchorage | 6. STATE<br>AK | 7. ZIP CODE<br>99501 |
|---|---|---|---|

| 8. CASE NUMBER<br>3:17-cv-00101-SLG | 9. JUDGE<br>Sharon L. Gleason | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 11/08/2017 | 11. |

| 12. CASE NAME<br>League of Conservation Voters v. Trump | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Anchorage | 14. STATE Alaska |

15. ORDER FOR

| ✓ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | | |
| ☐ OPENING STATEMENT (Plaintiff) | | | | |
| ☐ OPENING STATEMENT (Defendant) | | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | | |
| ☐ OPINION OF COURT | | | | |
| ☐ JURY INSTRUCTIONS | | ✓ OTHER (Specify) | | |
| ☐ SENTENCING | | Oral Argument | 11/08/2017 | |
| ☐ BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page ✓ | ✓ | NO. OF COPIES | 0 | $ 0.00 |
| 14-Day | $4.25 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| EXPEDITED | $4.85 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| 3-Day | $5.45 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| HOURLY | $7.25 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| REALTIME | Call for info ☐ | | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | $ 0.00 |
|---|---|---|

| 18. SIGNATURE<br>/s/ Christina A. Rankin | PROCESSED BY |
|---|---|
| 19. DATE<br>06/27/2019 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY