**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; et al., | No. 19-35460 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-00101-SLG District of Alaska, Anchorage |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants-Appellants, | |
| and | |
| AMERICAN PETROLEUM INSTITUTE; STATE OF ALASKA, | |
| Intervenor-Defendants. | |
| LEAGUE OF CONSERVATION VOTERS; et al., | No. 19-35461 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-00101-SLG |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants, | |

| | |
|---|---|
| STATE OF ALASKA, <br><br>  Intervenor-Defendant, <br><br>and <br><br>AMERICAN PETROLEUM INSTITUTE, <br><br>  Intervenor-Defendant-Appellant. | |
| LEAGUE OF CONSERVATION VOTERS; et al., <br><br>  Plaintiffs-Appellees, <br><br> v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>  Defendants, <br><br>AMERICAN PETROLEUM INSTITUTE, <br><br>  Intervenor-Defendant, <br><br>and <br><br>STATE OF ALASKA, <br><br>  Intervenor-Defendant-Appellant. | No. 19-35462 <br><br>D.C. No. 3:17-cv-00101-SLG |

Before: Peter L. Shaw, Appellate Commissioner.

  The parties' joint motion to consolidate case nos. 19-35460, 19-35461, and

19-35460

19-35462, and to set a staggered briefing schedule with additional word limits is granted.

As agreed upon by the parties, the briefing schedule previously set by the court is reset as follows:

1. Federal Defendants-Appellants' opening brief is due November 7, 2019;

2. Intervenor-Appellant American Petroleum Institute's opening brief is due November 22, 2019;

3. Intervenor-Appellant State of Alaska's Opening Brief is due November 22, 2019;

4. Plaintiffs-Appellees League of Conservation Voters, et al.'s Answering Brief is due February 13, 2020;

5. Federal Defendants-Appellants' Reply Brief is due March 23, 2020;

6. Intervenor-Appellant American Petroleum Institute's Reply Brief March 26, 2020;

7. Intervenor-Appellant State of Alaska's Reply Brief is due March 26, 2020;

As agreed upon and requested by the parties, the following word limits will apply: Appellants' will file three opening briefs with a total combined word limit of 42,000 words; Appellees' will file an answering brief with a word limit of 21,000 words; Appellants will file three reply briefs with a total combined word limit of 21,000 words.

The Clerk shall calendar these consolidated cases during the week of June 1-5, 2020, in Anchorage, Alaska.

19-35460