# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants,<br><br>　and<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.,*<br><br>　　　　Intervenor-Defendants. | Case No. 3:17-cv-00101-SLG |

## ORDER OF DISMISSAL

Pursuant to the mandate of the Ninth Circuit Court of Appeal (*see* Ninth Circuit Case No. 19-35460, Docket 110), IT IS ORDERED that this action is DISMISSED without prejudice.

Dated this 16th day of April, 2021 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE