UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,<br><br>    Defendants - Appellants,<br><br> and<br><br>AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA,<br><br>    Intervenor-Defendants. | No. 19-35460<br><br>D.C. No. 3:17-cv-00101-SLG<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |
| LEAGUE OF CONSERVATION VOTERS; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; et al., | No. 19-35461<br><br>D.C. No. 3:17-cv-00101-SLG<br>U.S. District Court for Alaska, Anchorage |

    Defendants,

STATE OF ALASKA,

    Intervenor-Defendant,

and

AMERICAN PETROLEUM INSTITUTE,

    Intervenor-Defendant - Appellant.

---

LEAGUE OF CONSERVATION VOTERS; et al.,

    Plaintiffs - Appellees,

 v.

JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,

    Defendants,

AMERICAN PETROLEUM INSTITUTE,

    Intervenor-Defendant,

and

STATE OF ALASKA,

    Intervenor-Defendant - Appellant.

No. 19-35462

D.C. No. 3:17-cv-00101-SLG

U.S. District Court for Alaska, Anchorage

The judgment of this Court, entered April 13, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

>FOR THE COURT:
>
>MOLLY C. DWYER
>CLERK OF COURT
>
>By: Howard Hom
>Deputy Clerk
>Ninth Circuit Rule 27-7