IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*, <br><br> AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, <br><br> *Intervenor-Defendants*. | No. 3:17-cv-00101-SLG |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Rule 60(b) Motion, it is hereby ORDERED that the motion is GRANTED. The dismissal of this case as moot at Doc. 96 is vacated and the order and judgment at Docs 80 & 81 are reinstated.

SO ORDERED this _____ day of _____, 2025.

_____
HON. SHARON L. GLEASON
United States District Judge

[PROPOSED] ORDER
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG            1