Erik Grafe (AK Bar No. 0804010)
Hannah Payne Foster (AK Bar No. 2105045)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: hfoster@earthjustice.org

Eric P. Jorgensen (AK Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs League of Conservation Voters; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Center for Biological Diversity; and Greenpeace, Inc.*

Jaclyn H. Prange (CA Bar No. 270929, *pro hac vice motion forthcoming*)
Irene V. Gutierrez (CA Bar No. 252927, *pro hac vice motion forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., Fl. 21
San Francisco, CA 94104
T: 415-875-6100
E: jprange@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Center for Biological Diversity; and Greenpeace, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*, <br><br> AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, <br><br> *Intervenor-Defendants.* | No. 3:17-cv-00101-SLG |

**NOTICE OF APPEARANCE OF HANNAH PAYNE FOSTER**

Plaintiffs give notice of the appearance of Hannah Payne Foster as counsel for Plaintiffs League of Conservation Voters; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Center for Biological Diversity; and Greenpeace, Inc. in the above-captioned case. Ms. Foster is registered to use the Court's electronic case filing system and may be served electronically.

Respectfully submitted this 19th day of February, 2025.

*s/ Hannah Payne Foster*
Hannah Payne Foster (AK Bar No. 2105045)
Erik Grafe (AK Bar No. 0804010)
Eric P. Jorgensen (AK Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs League of Conservation Voters; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Center for Biological Diversity; and Greenpeace, Inc.*

Jaclyn H. Prange (CA Bar No. 270929, *pro hac vice motion forthcoming*)
Irene V. Gutierrez (CA Bar No. 252927, *pro hac vice motion forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs League of Conservation Voters; Natural Resources Defense Council; Sierra Club; Alaska Wilderness League; Defenders of Wildlife; Northern Alaska Environmental Center; Center for Biological Diversity; and Greenpeace, Inc.*

FOSTER NOTICE OF APPEARANCE
*League of Conservation Voters et al. v. Trump et al.*,
No. 3:17-cv-00101-SLG                     1

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a copy of the foregoing NOTICE OF APPEARANCE OF HANNAH PAYNE FOSTER was served electronically on all counsel of record using the CM/ECF system.

> *s/ Hannah Payne Foster*
> Hannah Payne Foster
> EARTHJUSTICE

FOSTER NOTICE OF APPEARANCE
*League of Conservation Voters et al. v. Trump et al.,*
No. 3:17-cv-00101-SLG      2

Case 3:17-cv-00101-SLG    Document 100    Filed 02/19/25    Page 3 of 3